

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



DOUG INGRAM, et al.,

              Plaintiffs,

v.

SOLKATRONIC CHEMICAL, INC. and JEFF R. HANNIS,
and AIR PRODUCTS AND CHEMICALS, INC., a Delaware
corporation, et al.

              Defendants.

Case No.  O4CV287EA(C)

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT REGARDING THE CLAIMS OF PLAINTIFF JOSHUA HINTON

Defendants Solkatronic Chemical, Inc. and Air Products and Chemicals, Inc. (referred to collectively as "APCI") request this Court pursuant to FEDERAL RULE OF CIVIL PROCEDURE 56(b) to grant summary judgment in their favor against the claims of Plaintiff Joshua Hinton ("Hinton").

APCI offers the following Brief in support of this Motion.

### INTRODUCTION

Plaintiff Hinton claims in this lawsuit that APCI is liable for alleged damages under the theories of public/private nuisance, negligence and strict liability for exposure to arsine gas at its facility on July 11, 2001.[1] APCI, however, cannot be liable to Plaintiff Hinton under any of these theories as a matter of law because Hinton was not exposed to arsine gas.

For the two days before the incident, Hinton, then 16 years old, worked with his step-father laying flooring at the Air X-Changers facility in the Port of Catoosa.[2] No one has alleged that a

---

[1] *See* Plaintiffs' Complaint, filed herein..

[2] *See* Report of Dr. Hastings for Joshua Hinton, at p. 1, attached as Ex. A. *See also* Depo. of Joshua Hinton, at p. 54, l. 17 - p. 56, l. 14, attached as Ex. B.



release of arsine gas occurred on those days.[3]  The next morning, July 11th, Hinton "woke up" with "nausea, vomiting, headache, shortness of breath, and also some mild abdominal discomfort, especially after urinating."[4]  Despite feeling ill, Hinton and his step-father went to the Air X-Changers facility to continue their contract floor work.  By 11:00 a.m., Hinton and his step-father felt bad enough to leave the Air X-Changers facility and the Port of Catoosa.[5]

*Two hours after Hinton left* the Port of Catoosa, the incident occurred in which arsine gas was released at the APCI facility.  Eyewitnesses confirm that the release of the arsine occurred at approximately 1:00 p.m.[6]  According to the witness statement of an operator working at the APCI facility near the location of the arsine release:

---

[3]Even Plaintiffs' medical expert, Dr. Hastings sets July 11th as the date of the alleged exposure to arsine gas.  *See* Report of Dr. Hastings on Joshua Hinton, at p. 7, attached as Ex. A.

[4]*See* St. Francis History & Physical Report for Joshua Hinton, at p. 1, attached as Ex. C.  *See also* St. Francis Emergency Physician's Assessment Report for Joshua Hinton at p. 1, attached as Ex. D (handwritten notes).

[5]*See* St. Francis Emergency Physician's Assessment Report for Joshua Hinton at p. 1, attached as Ex. D.  This Report, dated July 11, 2001, states: "15 year old male complains of possible arsine gas exposure.  Works at site x 2 days. **Went home today at 1100**, because n/u, cough, SOB worse all day. **Not present at time of exposure.**" *Id.* (emphasis added).

Likewise, the St. Francis medical records of Hinton's step-father, Jay Jones, corroborates the timing of Hinton's symptoms and their departure from the Port of Catoosa.  Mr. Jones' History & Physical Report states that he "awakened with these symptoms this morning, July 11, 2001, but went to work.  The patient felt worse through the morning and went home to rest." The history went on to say that he "**reported that his son awakened with similar symptoms on July 11, 2001.**" *See* St. Francis History & Physical Report for Jay Jones, at p. 3, attached as Ex. E (emphasis added).  *See also* Depo. of Joshua Hinton, at p. 71, lns. 7-11, attached as Ex. B.

[6]*See* Depo. of Jarrad Garrison, at p. 45, lns. 2 through 19; p. 76 & p. 76, ln. 21 through p. 77, ln. 5 and Ex. 4 to Garrison's deposition, collectively attached as Ex. F.  Another Plaintiff in this lawsuit, Joe Sumter, who was working at he Air X-Changer facility, testified that he first thought something was wrong at 12:45 p.m. or "something like that." *See* Depo. of Joe Sumter, at p. 74, ln. 22 through p. 75, ln. 1, attached as Ex. G.

> I'd say it was more straight up and down one o'clock because the last reading me and Will took up on top was like at 12:48 and it just happened minutes after that. And when I was out here at the front gate and excavated it was 1:12. So I'd say it was pretty much straight up and down one o'clock.[7]

The Tulsa Fire Department reports the alarm sounded at 1:11 p.m.[8]

Later that day, Hinton's stepfather found out that there had been a leak of arsine gas in the Port of Catoosa.[9] Upon learning this, Hinton and his step-father immediately went to St. Francis Hospital for evaluation at approximately 4:50 p.m.[10]

No one bothered to correct Hinton's mistaken impression that he was exposed to arsine gas until his deposition in this lawsuit. Even Plaintiffs' medical expert, Dr. Richard Hastings, ignored the facts in Hinton's and his step-father's medical records from the day of the incident when he diagnosed Hinton with arsine exposure.[11] Only during his deposition did Hinton realize that he was not at the Port of Catoosa at the time of the arsine leak occurred. When confronted with his medical records, Hinton admitted that they showed he was not at the Port at the time of the release.[12] He further testified that he would have told the St. Francis personnel the truth and that he had no reason to believe the records were incorrect.[13]

---

[7]*See* Witness Statement of David Vance, at p. 3, attached as Ex. H.

[8]*See* Tulsa Fire Department Report, attached as Ex. I.

[9]*See* St. Francis History & Physical Report for Jay Jones, at p. 1, attached as Ex. E.

[10]*See* St. Francis History & Physical Report for Jay Jones, at p. 1, attached as Ex E.

[11]Dr. Hastings diagnosed Hinton with arsine exposure despite Hinton's own medical records from the date of the incident. *See* Dr. Hastings Report on Joshua Hinton, attached as Ex. A.

[12]*See* Depo. of Joshua Hinton, at p. 71, lns. 7 through 22, attached as Ex. B.

[13]*See* Depo. of Joshua Hinton, at p. 71, ln. 25 through p. 72, ln. 14, attached as Ex. B.

The undisputed facts show Hinton could not have been exposed to arsine gas while he worked with his father at the Port of Catoosa on July 9th, 10th and 11th. This Court should therefore grant summary judgment on Hinton's claims against APCI.

## STATEMENT OF MATERIAL FACTS

APCI offers the following material facts in support of its Motion for Summary Judgment:

1. Hinton claims APCI is liable for alleged damages under theories of public or private nuisance, negligence and strict liability for exposure to arsine gas at its facility on July 11, 2001. *See* Complaint, filed herein.

2. On July 11, 2001, Hinton left the Air X-Changers facility in the Port of Catoosa at 11:00 a.m. because he felt ill. *See* St. Francis General Medical Report for Hinton, at p. 1, attached as Ex. C. *See also* St. Francis Report for Jones, at p. 3, attached as Ex. D; Depo. of Joshua Hinton, at p. 71, ln. 5 through p. 72, ln. 14, attached as Ex. B.

3. On July 11, 2001, an incident occurred in which arsine escaped at the APCI facility at approximately 1:00 p.m. *See* Witness Statement of David Vance, at p. 3, attached as Ex. F. *See also* Depo. of Jarrad Garrison, at p. 45, ll. 2-19; p. 76, ll. 21-p. 77, l. 5.

## ARGUMENT AND AUTHORITIES

### PROPOSITION I

### SUMMARY JUDGMENT SHOULD BE GRANTED WHEN PLAINTIFF CANNOT ESTABLISH ELEMENTS AS A MATTER OF LAW.

Each of Hinton's legal theories against APCI require him to prove that the arsine gas leak *caused* his alleged injuries:

1. Public or private nuisance: *See, e.g., Fairlawn Cemetary Association v. First Presbyterian Church*, 1972 OK 66, 496 P.2d 1185, 1187 (nuisance must *cause* injury);

2. Negligence: *Thur v. Dunkley*, 1970 OK 157, 474 P.2d 403, 403 (negligence must *proximately cause* injury); and

3. Strict liability for abnormally dangerous activities: *See, e.g., Taylor v. Hesser*, 1998 OK CIV APP 151, 991 P.2d 35 (citing Restatement (Second) Torts, § 519(1)) (dangerous activity must *cause* injury); *Wetsel v. Independent School District No. I-1*, 1983 OK 85, 670 P.2d 986 (same).

4

Summary judgment should be granted when reasonable minds cannot disagree on the absence of one of the elements of a legal claim. *See, e.g.,* FED. R. CIV. P. 56.

### PROPOSITION II

### PLAINTIFF HINTON CANNOT SHOW ARSINE GAS CAUSED HIS ALLEGED INJURIES.

Hinton cannot show the essential element of causation since he admittedly could not have been exposed to arsine gas while he was at the Port of Catoosa on July 9th, 10th and 11th. As discussed in detail above, there are no reports of arsine release or leaks on July 9th or 10th. Plaintiffs' medical expert, Dr. Hastings, states that Hinton's alleged arsine exposure occurred on July 11th. However, on July 11th, Hinton had left the Port of Catoosa by 11:00 a.m. *See* Material Fact No. 2. The arsine leak did not take place until two hours later at 1:00 p.m. *See* Material Fact No. 3. Even Hinton agrees that his St. Francis medical records show that he was not present at the time of the arsine release and he believes he told St. Francis personnel the truth about the sequence of events that day.

### CONCLUSION

Summary judgment is appropriate on this record. Reasonable minds cannot disagree that Hinton could not have been exposed to arsine gas at the Port of Catoosa. Without exposure to the gas, Plaintiff cannot meet the essential legal element of causation for his legal theories against APCI. Accordingly, this Court should grant summary judgment in APCI's favor on Hinton's claims.

WHEREFORE Defendants Solkatronic Chemical, Inc. and Air Products and Chemicals, Inc. request this Court pursuant to FEDERAL RULE OF CIVIL PROCEDURE 56(b) to grant summary judgment in their favor on the claims of Plaintiff Joshua Hinton.

Respectfully submitted,

RHODES, HIERONYMUS, JONES, TUCKER
& GABLE, P.L.L.C.


BY: _____
JOHN H. TUCKER, OBA #9110
ANDREW D. DOWNING, OBA #16414
KERRY R. LEWIS, OBA #16519
100 W. Fifth Street, Suite 400 (74103-4287)
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone:    918/582-1173
Facsimile:    918/592-3390

ATTORNEY FOR DEFENDANTS, AIR PRODUCTS AND
CHEMICALS, INC. AND SOLKATRONIC CHEMICAL,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of September, 2004, mailed a true and correct copy of the above and foregoing document with proper postage prepaid thereon to:

COUNSEL FOR PLAINTIFFS:
Keith A. Ward
Fred E. Stoops
E. Diane Hinkle
RICHARDSON, STOOPS, RICHARDSON & WARD
6555 South Lewis, Suite 200
Tulsa, OK 74136-3414


_____

919666.WPD

6

# HARVARD MEDICAL CLINIC

## Richard A. Hastings II, D.O.

Board Certified in Internal Medicine

RECEIVED JAN 17 2003

### INTERNAL MEDICINE EVALUATION

January 15, 2003

RE:   Joshua Wayne Hinton
      DOA: July 11, 2001
      SSN# 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

I have had the opportunity to perform an outpatient evaluation on this patient on January 8, 2003. During the course of this evaluation, a history was taken, and a physical examination was performed. In addition, I have had the opportunity to review the following medical records.

1.   Records of St. Francis Hospital
2.   Records of Dr. Phillip Barton
3.   Records of Dr. Lapere
4.   Records of Warren Clinic
5.   Records of Dr. Heim
6.   Records of Dr. Dewayne Jones
7.   Records of Pic-Med Health Screen

**PATIENT HISTORY**: Joshua Wayne Hinton is a 16-year old male whom we evaluated on January 8, 2003, in the accompaniment and with the expressed written permission of his stepfather, Jay Lee Jones, pursuant to an internal medicine examination regarding any injuries that he may have sustained as a result of an acute toxic arsine gas exposure that occurred on July 11, 2001. This patient was working with his stepfather in his stepfather's floor covering employment. They were working at the assembly building at Air X-Changers being there on Monday, Tuesday and Wednesday prior to the July 11, 2001, toxic arsine gas release.

The patient indicates that while working he noticed a different or unusual smell that he cannot specifically define further but indicates that it was very "different and unpleasant."

4619 S. HARVARD SUITE F • TULSA, OKLAHOMA 74135
PHONE: 918-749-1720 • FAX: 918-746-0674

EXHIBIT

A

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Two

He does indicate that on July 11, 2001, he became quite ill and nauseated and indicates that there were some abnormal smells present earlier in the day in and about the area prior to his severe nausea, vomiting, shortness of breath and chest tightness that prompted evaluation through St. Francis Hospital.

He indicates that he and his stepfather were taken to St. Francis Hospital for evaluation and that he was seen on July 11, 2001, at 16:35 hours being triaged through St. Francis Hospital emergency department for his nausea, vomiting, shortness of breath, and body aches.

He was assigned to the University of Oklahoma internal medicine team and admitted to the hospital with nausea, vomiting, headache and shortness of breath as well as a diagnosis of having an arsine gas exposure. They do document that he and his stepfather were working laying tile at a Port of Catoosa employment when the onset of these symptoms became apparent.

His initial diagnosis upon entry to the hospital was that of possible arsine gas inhalation, and he was admitted for monitoring and treatment.

The patient was assigned to Dr. Phillip Barton and was evaluated by Dr. Christopher Lapere. His chief complaint at the time of admission to the hospital was nausea, vomiting, headache, shortness of breath and possible arsine gas exposure.

Upon admission to the hospital, the patient was placed onto IV fluids and did have laboratory testing carried out. His initial complete blood count (CBC) did not reveal evidence of significant anemia; however, his quantitative free plasma hemoglobin was elevated at 10.6.

Haptoglobin was within normal range at 132 when these tests were assessed on July 11, 2001, at 18:52 hours.

Urinalysis testing revealed a mild elevation of urobilinogen and subsequent free plasma hemoglobin determination on July 12, 2001 at 06:04 hours was still elevated at 11.0.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Three

Chest x-ray examinations were carried out on July 11, 2001, at 17:00 hours for a clinical diagnosis of arsine exposure. No evidence of pneumothorax or infiltrates were noted, and no acute process was documented.

No significant abnormalities were appreciated. Repeat x-rays were also carried out on July 11, 2001, at 19:18 hours once again showing a normal finding. During the course of his hospitalization in addition to the intravenous fluids he was administered, he was also given pulmonary medications to include Albuterol and Atrovent by inhalation methods administered by the respiratory therapy team. He was maintained on oxygen at 2 liters per minute as well.

The patient was seen by the internal medicine team from the OU College of Medicine and subsequently felt to be a candidate for discharge from the hospital on July 12, 2001.

He was discharged from the hospital with a home nebulizer to be used every six hours with inhaled beta agonists and was given recommendations to have follow-up examination with primary care physicians.

He did seek outpatient follow-up care under the direction of Dr. Heim through Sand Springs Warren Clinic. Dr. Heim did document on August 20, 2001, a swelling in the patient's left breast and did recommend the patient for additional evaluations.

He was also diagnosed as having tendonitis of the left foot. Dr. Heim's office did document the patient passing out at wrestling practice on October 30, 2001, with associated chest tightness, shortness of breath and chest discomfort.

Reexamination by Dr. Heim on November 2, 2002, documented on going head pain and continued to document chest discomfort with discolored urine and an episode of syncope for which he recommended the patient undergo additional diagnostic testing.

The patient ultimately did have a surgical procedure for removal of an abnormality within the left breast with this being performed on September 11, 2001. Historically, the surgical physicians indicated that this may have been present for several years.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Four

The patient has also been treated by Dr. Heim for various episodes of ear discomfort associated with wrestling activities and associated occasional strains of his knee or other body parts.

In addition to Dr. Heim's examinations, this patient was also seen by Dr. Dewayne Jones diagnosing tiredness, headache, back pain, fatigue, and sleepiness on his examination of June 25, 2002.

Additional laboratory testing through the Pic-Med Health Screen   on June 5, 2002, did not reveal any chemistry abnormalities other than a mildly elevated CK. No evidence of blood in the urine or anemia were documented.

The patient does indicate that since this toxic arsine gas  exposure he has developed new onset of head pain, which occurred frequently at first and is now down to about one time per week.  He has also noticed dramatic decrease in energy, strength associated with fatigue and tiredness indicating that he is always in the process of feeling like he has to sleep too much. He indicates that he has been a wrestler in school since the 7th grade and was not experiencing decreased energy, generalized tiredness, weakness, or fatigue in any significant manner prior to the events of July 11, 2001.  He has developed  shortness of breath, chest tightness, shortness of breath upon exertion which he does also indicate were not present in any substantial manner prior to this exposure of July 11, 2001.

He does indicate that he was born as a premature infant and did have some lung problems that resolved without significant difficulty.  He does not recall specifically being given a diagnosis of asthma or if he did in fact have this he was not experiencing any symptoms from age seven on until the exposure of July 11, 2001. He does indicate the occasional shortness of breath and dizziness when exerting himself is in fact new as he had been an active wrestler since the 7th grade and had not experienced these symptoms prior to his exposure of July 11, 2001.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Five

He also had a left breast gynecomasta removed. He has had occasional pulled muscles in doing wrestling activities.

**PRESENT COMPLAINTS**: The patient does indicate that since this toxic arsine gas exposure he has developed new onset of head pain, which occurred frequently at first and is now down to about one time per week. He has also noticed dramatic decrease in energy, strength associated with fatigue and tiredness. He has shortness of breath and exertional shortness of breath. He complains of forgetfulness, memory loss and difficulty doing school subjects and retaining information for school.

**AGE**:   16 years of age.

**EDUCATION**:  High school.

**WORK HISTORY**:  Manual labor.

**PAST MEDICAL HISTORY**:   He also had a left breast gynecomasta removed. He has had occasional pulled muscles in doing wrestling activities.

**PHYSICAL EXAMINATION**: Evaluation of the head and neck reveals the head to be normocephalic, and the patient has a normal distribution of hair.   Pupils are bilaterally equal, and extraocular muscles are intact.

Evaluation of the patient reveals blood pressure to be 100/60, heart rate is 64 beats per minute, and respiratory rate is 14. Cardiac evaluation reveals a regular rate and rhythm. No obvious S4 or S3 were noted. There were no clicks, rubs or murmurs.

Evaluation of the chest reveals bronchovesicular breath sounds  with decreased breath sounds at the bases and sonorous rhonci. He has a prolongation of the expiratory phase of respiration on forced expiration.   The patient does exhibit end expiratory wheezing at both the right and left lung bases.

Reflexes are 2/4 in the upper extremities bilaterally.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Six

Examination of the upper extremities reveals no evidence of neurosensory loss involving his hands and arms on neurosensory testing.

Dynamometer testing of the right hand reveals the following:

    1.    Grip strength 30 kg

These measurements were made on five rapid, alternating grip strength assessments.

Examination of the left hand and wrist reveals neurosensory and numbness loss noted on examination.

Dynamometer testing of the left hand reveals the following:

    1.    Grip strength 30 kg

These measurements were made on five rapid, alternating grip strength assessments.

Examination of the back reveals evidence of mild myofasciatis over the lower thoracolumbar segments from T10 to T12.

Range of motion testing of the back reveals the following:

    1.    True lumbar flexion 50 degrees
    2.    True lumbar extension 25 degrees
    3.    Right lateral flexion 25 degrees
    4.    Left lateral flexion 25 degrees

These measurements were obtained by dual inclinometer, and they satisfy the validity criteria for range of motion measurements of the back in accordance with the AMA Guidelines.

Reflexes are 2/4 in the right and left knees and ankles.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Seven

Gait on a flat surface appeared normal.

Pulmonary function testing of January 8, 2003, revealed the following:

Pre-medication testing:

> FVC of 84% of predicted
> FEV 1 of 71% of predicted
> FEF 25%/75% of 57% of predicted

Post-medication testing following beta agonist:

> FVC of 76% of predicted
> FEV 1 of 71% of predicted
> FEF 25%/75% of 65% of predicted

The patient's pulmonary function testing does reveal evidence of preserved vital capacity with mild large and severe small airway obstruction. A 15% improvement post bronchodilator with a beta agonist was noted for small airways consistent with reactive airway dysfunction syndrome and occupational asthma.

**MEDICAL OPINION:** In my medical opinion and within a reasonable degree of medical certainty, Joshua Wayne Hinton, a 16-year old male did experience a toxic arsine gas exposure on July 11, 2001.

Arsine gas is a highly toxic flammable colorless gas that can have a disagreeable garlic-like odor or metallic type taste associated with those who are exposed to this gas. In an industrial setting, this odor may be undetectable which does complicate the possibility of detection by odor. Scientific and medical reports have confirmed that the odor threshold for arsine gas is in the neighborhood of approximately ten times greater than the OSHA permissible exposure limits. Although abnormal tastes or odors following an arsine gas exposure cannot be used as reliable detection criteria due to the variability of this symptom, in those individuals who do experience the abnormal garlic-like odor or the metallic-like taste must be considered to have a substantial arsine gas exposure. Serious exposure has been reported to occur in individuals without the presence of the garlic-like odor.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Eight

The patient indicates that he did smell an "unusual or different" smell that was not classic for "metallic" or "garlic" type smells or tastes but is described by this 16-year old as being distinctly different, unusual and unpleasant that he experienced during the course of work activities on July 11, 2001.

Arsine gas is a highly toxic flammable colorless gas that can be associated upon exposure with a garlic-like odor or a metallic taste frequently but not universally experienced by individuals exposed to this toxic gas.

Material Data Safety Sheets have confirmed that exposure to arsine gas causes severe-wide-spread blood, liver, kidney and central nervous system damage as well as damage to other organ systems. It does document that inhalation may be fatal and that symptoms may be delayed in onset.

Material Data Safety Sheet analysis does indicate that by means of the inhalational route symptoms may include headache, malaise, nausea, vomiting, anorexia, anemia, numbness, or tingling of the extremities, abdominal pain and abnormal breathing. It is well documented from scientific studies that arsine gas when absorbed into the circulation does have a striking affinity for the erythrocyte and can cause red blood cell hemolysis with resultant anemia, hematuria, oliguria, and renal failure. Other effects have been documented by Material Data Safety Sheet analysis that includes EKG changes and myocardial damages, liver changes and central and peripheral nervous system disturbances.

Additional scientific studies have documented the biotransformation of arsine gas within the body to other arsenic forms to include the trivalent and the pentavalent forms. As a group, these various types of arsenic inclusive of the trivalent, pentavalent, and arsine gas have been documented by scientific studies within the body following an acute arsine gas toxic exposure. Many of the direct effects experienced by individuals experiencing an acute toxic arsine gas poisoning result not only from the actions of the arsine gas itself but from the deleterious injury to the body from the biotransformed byproducts that do include the trivalent and pentavalent forms of arsenic.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Nine

The development of chronic and permanent clinical conditions resulting from arsine gas exposure and the toxic affects of the arsine gas and/or its biotransformed metabolites is referred to in the medical and scientific literature as "chronic arsenicalism."

Variable degrees of chronic arsenicalism can follow an acute arsine gas exposure with specific individuals exhibiting a spectrum of clinical findings from relatively complete resolution to more chronic clinical conditions associated with variability in the symptoms and/or clinical findings pursuant to the specific organ system involved.

A recent review of the historical scientific and medical perspectives associated with arsenicalism has been carried out following extensive medical literature review. Multiple medical reports have confirmed that arsine gas may cause chronic effects following injury to multiple organ systems similar to that caused by the other arsenicals. Reference to the recent review regarding "Historical Scientific and Medical Perspectives Regarding Arsine Gas" can be evaluated relative to the specific scientific articles/medical reports/textbook analysis regarding arsine gas exposure and the subsequent development of acute and chronic arsenicalism-medicated organ system damage.

In my medical opinion and within a reasonable degree of medical certainty, as a result of Joshua Wayne Hinton's toxic arsine gas exposure, the patient has the following clinical conditions as a result of exposure to the toxic arsine gas on July 11, 2001:

1.    Arsine gas induced central nervous system dysfunction associated with memory loss, decreased concentration, forgetfulness and memory retention problems with intermittent episodes of dizziness.
   a.    Mild to moderately disabling.
   b.    Prognosis: Guarded.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Ten

2.   Arsenical induced pulmonary injury with reactive airway dysfunction syndrome and occupational asthma with post exposure shortness of breath upon exertion. This is judged to have exacerbated a preexisting underlying condition that was present but asymptomatic since age seven in this patient. Pulmonary function testing does reveal evidence of a positive response to a bronchodilator.
   a.   Mildly disabling.
   b.   Prognosis: Guarded.

3.   Generalized fatigue, malaise and weakness with energy loss and sleepiness.
   a.   Mildly disabling.
   b.   Prognosis: Guarded.

4.   Recurring cephalgia.
   a.   Non-disabling.
   b.   Prognosis: Good.

**PLAN AND RECOMMENDATIONS:**   Extensive review of the medical research and scientific knowledge relative to treatment of acute arsine gas intoxication has recently been reviewed. Certainly, direct treatment for the possible hemolytic anemia and/or subsequent renal failure is an obvious initial protocol for treatment for arsine gas exposure.

As has been documented in the review of "Historical Scientific and Medical Perspectives Regarding Arsine Gas" there has been debate in the medical community relative to the efficacy of the use of chelation in the treatment of acute arsine gas exposure.

Some authorities have recommended the prompt administration of BAL indicating its most efficacious use is when it is administered within minutes to hours following an acute arsine gas exposure and/or other arsenical intoxication.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Eleven

D-Penicillamine has also been used in chelation attempts. Conversely, the use of BAL and D-Penicillamine do not appear to be particularly effective in providing protection against the arsine-induced hemolysis of the erythrocyte. Speculation still exists as to the benefits of using BAL for the non-hemolytic system chelation process to avoid or limit injuries to the non-hemopoietic tissues.

Conversely, other authorities have indicated that there is reservation concerning the use of BAL and D-Penicillamine as they may be associated with increasing neurotoxicity as demonstrated by their use in the rabbit model. Chelation attempts (rabbit model) have been associated with increased brain levels of the arsenicals within one hour after administration of BAL.

A number of different scientific authorities have also reported the results of using BAL in the chelation treatment of acute arsine gas poisoning have been disappointing. As has been noted previously and documented by a number of different scientific reports, arsine gas may cause chronic effects similar to those caused by the other arsenicals.

However, specifically regarding Joshua Wayne Hinton, we would recommend that he be referred to a pulmonologist for pulmonary recommendations and would recommend based upon his positive response to inhaled bronchodilator he be maintained on medications inclusive of inhaled beta agonists with the application of an inhaled Atrovent.

In my medical opinion and within a reasonable degree of medical certainty, based upon the clinical examination of Joshua Wayne Hinton following a thorough and very extensive review of the effects of toxic arsine gas poisoning the clinical findings, which we have documented at this time, are considered to be permanent in nature within the context of the practice of internal medicine a standard precept regarding the chronicity and permanency of conditions or injuries does hold that in general the longer the time from the specific inciting event or injury to the examination confirming the continued presence of the clinical conditions that have arisen thereby, the greater the probability that the medical condition must be considered to be permanent in nature.

IME
RE: Joshua Wayne Hinton
January 15, 2003

Page Twelve

I declare under the penalty of perjury that I have examined the above statements and to the best of my knowledge they are true, accurate and complete, and all medical opinions as contained in this report are within a reasonable degree of medical certainty.

Respectfully,

Richard Hastings, D.O.

RH:krp

```
SPIROMETRY   REPORT                                              TEST DATE: 01/0
PB100 SW Rev:   J-J                                              TIME:          01:3
```

Patient Name: Joshua W. Hinton                                      PreMed Time:  01:37 PM     PostMed Time:  0
Patient ID: 443928623        Age: 16   Height (in): 73   Weight (lbs): 160   Sex: Male   Race Correction:  No Smoke
Barometric Pressure (mmHg): 760       Temp (deg F): 70   BTPS Correction:  1.110      Sensor: FS200   Insp Code:



FVC TEST DATA - Clinical Format                    BEST TEST SUMMARY              Hsu Pediatric Predicted

| Measurement |       | PreMed | Pred  | %Pred | PostMed | %Pred | %0 |
|-------------|-------|--------|-------|-------|---------|-------|----|
| FVC         | (L)   | 4.92   | 5.84  | 84%   | 4.42    | 76%   |    |
| FEV1        | (L)   | 3.50   | 4.93  | 71%   | 3.52    | 71%   |    |
| %FEV1       | (%)   | 71.13  | 84.45 | 84%   | 79.63   | 94%   |    |
| FEF25%-75%  | (L/S) | 2.87   | 5.05  | 57%   | 3.29    | 65%   |    |
| PEF         | (L/S) | 4.55   | 11.88 | 38%   | 5.47    | 46%   |    |
| FEV3        | (L)   | 4.40   | 5.73  | 77%   | 4.42    | 77%   |    |
| FET         | (S)   | 6.00   |       |       | 2.92    |       |    |

Variability: PreMed: FVC = 3.5%(170ml) FEV1 = 1.4%(50ml) PEF = 23.8%  PostMed: FVC = 1.9%(80ml) FEV1 = 10.8%(380ml) PEF =



□ = PRED
     POINT

FLOW
(L/S)

.25 CM/L/S



VOLUME
(L)

.5 CM/L

Interpretations:

Preserved vital Capacity with mild large and severe
small airway obstruction. A 15% improvement is
noted for the small airways following the application
of an inhaled beta agonist.

R Hartings MD

# COPY OF TRANSCRIPT

## IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY

### STATE OF OKLAHOMA

| | |
|---|---|
| DOUG INGRAM, et al. | ) |
| Plaintiff, | ) |
| vs. | ) No. CJ-2001-438 |
| AIR PRODUCTS AND CHEMICALS, INC., a Delaware Corporation; SOLKATRONICS CHEMICAL INC.; a Delaware Corporation; JARRAD GARRISON, an individual; | ) |
| Defendant. | ) |

\* \* \* \* \*

### DEPOSITION OF JOSHUA HINTON

TAKEN ON BEHALF OF THE DEFENDANT

ON AUGUST 19, 2003, BEGINNING AT 3:30 P.M.

IN TULSA, OKLAHOMA

\* \* \* \* \*

**APPEARANCES:**

**MR. JEFF STOOPS,** Attorney at Law, Richardson, Stoops, Richardson & Ward, 6555 South Lewis, Tulsa, Oklahoma, 74136, appearing on behalf of the **PLAINTIFF.**

**MR. JOHN TUCKER,** Attorney at Law, Rhodes, Hieronymus, Jones, Tucker & Gable, 100 W. 5th, Suite 400, Tulsa, Oklahoma, 74103, appearing on behalf of the **DEFENDANT.**

ALSO PRESENT: MS. CANDY SMITH, Legal Assistant, Rhodes, Hieronymus, 100 W. 5th, Tulsa, Oklahoma, 74103

REPORTED BY: TAMMIE SHIPMAN, CSR



Oklahoma City, OK
405.272.1006

**Professional Reporters**

COURT REPORTING AND VIDEO SERVICES SINCE 1985
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX 405.272.0559

EXHIBIT

B

turned on this one or turned on this one. If we turned on this one, it was somewhere right here; if we turned on this one, I think it was right in here (indicating).

MR. TUCKER: You said you passed some railroad tracks?

MR. JAY JONES: Yeah, that was up close.

MR. TUCKER: Okay. Those railroad tracks?

MR. JAY JONES: Somewhere close to the railroad tracks. To tell you the truth, I can't remember.

MR. TUCKER: Do you remember the name of the company?

MR. JAY JONES: Huh?

MR. TUCKER: What was the name of the company?

MR. JAY JONES: I was trying to think. Probably we was working for Air-X-Changers or --

MR. TUCKER: Okay.

MR. JAY JONES: Something. I almost want to say Air Gas is what happened yesterday, but Air-X-Changers --

MR. TUCKER: There's several



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1986
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.375.1006    FAX 405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK  73102

55    JOSHUA HINTON - 09/03

Air-X-Changers plants. There is one here. Okay? There is one here, which is the Fintube division of Air-X-Changers. There is one here. Do you know which one of those?

MR. JAY JONES: I think it was the first one. I think it was this one right here (indicating).

MR. TUCKER: What do they do in that building?

MR. JAY JONES: I'm not sure what -- what they manufacture. It's a -- they got several business offices and then it's just a big -- big open -- not warehouse, but a big open fabricating.

MR. TUCKER: Where's the business office?

THE WITNESS: Right up front.

MR. JAY JONES: The new ones that they were there building, putting on --

MR. TUCKER: On the east side or the west side of the building?

MR. JAY JONES: Kind of the northwest --

THE WITNESS: If you're looking straight at the building --

MR. JAY JONES: The west side of the



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1986
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX 405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK 73102

building, because we had our truck pulled inside where we could just unload our stuff inside the stuff.

Q    (BY MR. TUCKER) Joshua, you heard your dad talk about where you were. Does that all make sense to you?

A    Huh?

Q    Does that all make sense to you; you heard your dad talking about --

A    About on the map?

Q    Yeah. He's pointing to this place which is marked on the map as Number five?

A    That might be right. Did we pull on this road or that road? I just -- I don't know.

Q    He's marked the map. He said the offices were on the west side.

A    They're right there, yeah.

Q    They're brand new offices?

A    Yes, right there.

Q    So was there any old carpet to be torn out?

A    No, just -- new place.

Q    New place. Okay. How many days had you been going there?

A    Three days, because my brother was



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1958
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX 405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK 73102

57    JOSHUA HINTON - 09/03

having a baby that weekend and he couldn't work.

Q    So what were you doing?

A    Just hauling out the trash and pulling stuff there.

Q    And you had been going there three days?

A    Monday, Tuesday -- yeah, I guess.

Q    And did you go there Wednesday morning?

A    Yes.

Q    You didn't call in with a headache?

A    No.

Q    You were -- were you there at noon on Wednesday?

A    Yeah.  When did the -- when did the fire truck -- we left right before like almost on our way home they was -- they just pulled up.

Q    So what time did you go out there that morning?

A    I don't remember.

Q    What time did you normally go out there?

A    Normally?

Q    Yeah.

A    Around seven or eight.

Q    And how long did you normally stay there?

A    A lot longer.  Probably just eight hours.



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1945
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX 405.272.0559

A     I want to use the bathroom.

MR. TUCKER:  Let's take a break.

(Following a short recess at 4:33 p.m., proceedings continued on the record at 4:43 p.m.)

(At which time Defendant's Exhibit-9 was marked for identification.)

Q     (BY MR. TUCKER)  We have marked as Exhibit 9 the Saint Francis hospital file for your attendance at the hospital on the 11th of July. And I have with me the handwritten notes, Page 1 of the Saint Francis Health System General Medical, which are the notes out of your original intake. And it shows here that -- looks like you were seen at 4:50 p.m.  Does that sound about right?

A     I guess, I --

Q     Late afternoon.

A     It was later?

Q     Late afternoon it says you got to the hospital about 4:50 p.m. or interviewed at 4:50 p.m.

A     I -- I thought we went after the -- after we -- they called and they was -- I don't know.

Q     It says, "15 year old with possible arsine gas exposure works at site for two days, went



Oklahoma City, OK
405.272.1006

**Professional Reporters**

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1986
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006     FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK  73102

home today at 11:00 a.m. because of nausea, cough, shortness of breath."

A    We were only there -- I was only there for two days, that's what that says?

Q    It says you had been there for two days.

A    Okay.

Q    The third day you went home at 11 o'clock in the morning.

A    Yeah.

Q    Is that right?

A    Yes.

Q    It says you were not present at the time of the exposure; is that correct?

A    No, I guess; when everybody showed up.

Q    Were you present when the gas was released?

A    I don't know, I'm sure we were.  I guess that's why we got sick.

Q    Well, if you left at 11 -- if you left sometime later, why would you tell the people at the hospital who were trying to figure out there was something wrong with you if you went home at 11?

A    Huh?  I'm confused.  Can you repeat that again.



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1985
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.375.1006    FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK 73102

71    JOSHUA HINTON - 9/03

Q    You wouldn't lie to the people at the hospital, would you?

A    No.  Why would I do that?

Q    I wouldn't think you would.  I mean, you were there to try to get fixed, right?

A    Right.

Q    And according to their records, you told them that you went home on the day of the incident at 11 o'clock in the morning?

A    I guess that's right.  I just -- I don't know.

Q    And it says --

A    A long time ago.

Q    And it says you were not present at the time of the exposure?

A    True.

Q    Okay.  Do you know what time the accident occurred at Catoosa, at the plant at Catoosa?

A    I don't -- I don't know.  I guess a little after we left.

Q    Okay.

A    Times are really hard to remember two and a half years ago.

Q    Sure.  Of course you told him the day you




Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1966
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.378.1006    FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK  73102

got to the hospital, right? You didn't contact the hospital later and tell them about times; didn't you tell them when you got there?

A    Yeah.

Q    Yes?

A    Yes.

Q    It's hard for you to remember today two and a half years ago?

A    I wouldn't lie. Why would I lie?

Q    That's what I'm assuming, that this record is correct.

A    Yeah.

Q    Any reason to assume this isn't correct?

A    No.

Q    Did anyone ever talk to you about what arsine was?

A    Gas that effects your nerves or something. Central nervous system.

Q    Who told you that?

A    They did.

Q    Who's "they"?

A    My lawyers.

Q    Okay. Any doctor ever tell you that?

A    Maybe. I don't know.

Q    Do you remember a doctor ever telling


Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1988
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX  405.272.0559

73                  JOSHUA HINTON - 8/9/03

you that?

A    I don't remember that far back.

Q    When did -- when did your lawyers tell you it effected your central nervous system?

MS. CURTIS:  I'm going to object to that. Our conversations are privileged.

Q    (BY MR. TUCKER)  She's right, you don't need to answer that. How long have you had these lawyers?

A    Since a while.  I don't --

Q    How did you get these lawyers?

A    Because we were involved in an arsine gas spill.

Q    Did you know these lawyers before?

A    No.

Q    How did you find out about these lawyers?

A    Just coming here I met them.

Q    How did you happen to come here?

A    I can't remember.  I guess I just rode with my mom or dad or -- I don't know.

Q    Has your dad also made a claim?

A    Yes.

Q    Has your grandfather also?

A    My grandfather and my brother.



Oklahoma City, OK          **Professional Reporters**          Tulsa, OK
405.272.1006                                                   918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1988
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.375.1006     FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK  73102

Q    And your brother's made a claim?

A    Yes.

Q    And where was your brother that day?

A    They were there with us, and then we left and they were still there.

Q    They were left -- they stayed when you left?

A    Yes.

Q    Did your father leave when you did?

A    Yes.

Q    Was he feeling bad, too?

A    Yes.

Q    Was your brother staying there?

A    Huh?

Q    Your brother stayed there?

A    Yes.

Q    He felt okay?

A    Yes.

Q    Okay.  Did anybody other than your lawyers tell you anything about arsine?

A    Maybe the doctor.  I -- I don't -- I don't remember.

Q    Have you told anybody at school that you filed a lawsuit?

A    I've told a couple of my friends.



Oklahoma City, OK          Professional Reporters          Tulsa, OK
405.272.1006                                                918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1986
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK  73102

Q     Do you have a girlfriend?

A     No.

Q     Have you ever had a girlfriend?

A     Yes.

Q     Okay.  When did you last have a girlfriend?

A     Probably about a year ago.

Q     Did you have one during school year last year?

A     No.

Q     Who was your girl friend?

A     Cheyenne.

Q     Cheyenne.  Cheyenne what?

A     Bragg.

Q     What happened to that relationship?

A     I don't remember.

Q     Did you get tired of her or did she get tired of you?

A     I probably got tired of her.

Q     Well, that happens.

A     It's high school.  I don't need to be married or nothing.

Q     That's right.  You didn't have a summer romance this year?

A     Just hanging out.



Oklahoma City, OK
405.272.1006

**Professional Reporters**

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1983
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006     FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK 73102

Q    Hanging out with the guys?

A    Yes.

Q    Cheaper that way, too?

A    Yeah.  I still talk to her a lot.  We're just friends right now.

Q    Just a good friend?

A    Uh-huh.

Q    How long were you in the hospital?

A    I guess a day or two, overnight.  It felt like more, but I guess that's it.

Q    Did you just stay overnight?

A    I'm pretty sure.

Q    When you left the hospital, what did they tell you about your condition?

A    They gave me a nebulizer. d, I was peeing brown, all kinds of -- I don't know. They just -- I don't know what they told me.

Q    Did they tell you anything about your blood tests?

A    I don't remember.

Q    Did they take blood tests?

A    I'm sure they did.

Q    Did they take an electrocardiogram?

A    No.  No, I don't think.

Q    There's an electrocardiogram record here

Oklahoma City, OK
405.272.1006

Professional Reporters

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1985
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006      FAX  405.272.0559

Tulsa, OK
918.583.8600

that was taken.

A    When we went to the hospital?

Q    Yes, sir.  Do you recognize what that looks like?

A    Yes, sir, that's an electrocardiogram.  I guess I'm wrong, then.  I don't know.

Q    This reports that you had a normal sinus rhythm and it was a normal ECG.  Did they tell you that?  That was on July 11th.

A    I just don't remember taking one.

Q    At about eight or nine o'clock at night.  When did you go to a doctor after you left the hospital?

A    We went to a doctor -- I'm not sure, somewhere in Tulsa, and they did blood tests and breathing tests and stuff like that.

Q    When was that?

A    The next day, next week.  I --

Q    Long time later?

A    I don't know.  I forget.

Q    Did you have a blood test when you had a follow up and went back in?

A    Yes.

Q    When did you have brown urine?

A    As soon as we went -- when we went to



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1985
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.375.1006    FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK 73102

Page 1 of 4

## SAINT FRANCIS HEALTH SYSTEM — GENERAL MEDICAL

Time Seen: (PA) PG, MS _16 50_ / EP _____    Room _____    Mode of Arrival:   EMS   PV   Other_____

PCP: _____    Specialty Care Physician: _____

**Chief Complaint:**   HISTORIAN:   (Patient)   Spouse   Family   Mother   Father   EMS   Translator   Acquaintance

Poss Ansut gas Exposure

*Attending: Circle first column items you obtained from HPI with which you agree or edit below.*

**History of Present Illness:**   HISTORY LIMITED BY:   ALOC   Intox   Dementia   Distress   Intubation

| | |
|---|---|
| TIMING / ONSET: | (Today) / Date _____   Time _until 1/00_ |
| DURATION: | Continuous   Intermittent   Episodes Lasting ___ min   hours   days |
| SEVERITY 1-10: | Onset ___   Max ___   at TEC ___   Almost Gone |
| CONTEXT: | Home   Work   Exertion   Rest |

15 y.o. ⊙ = Poss Angine gas Exposure works at
Site x 2 days & went home today at 1100, Becha
n/v c cough, SOB worss all day
not Present at Time of Exposure

| | | |
|---|---|---|
| LOCATION: | NA   See Diagram (X) | See Context |
| RADIATION: | None   See Diagram (arrow) | |
| QUALITY: | | See Context |
| ASSOC. SXS: | See ROS | See Context |
| RELIEVED BY: | Nothing | See Context |
| WORSENED BY: | Nothing | |
| Similar sxs: | None   w/u   Dx   Rx | |

**Past Medical History:**   NONE   Asthma   Cancer_____   CHF   COPD   CVA   HTN   IDDM   NIDDM   of Child

MEDICAL:   CAD/MI   Date(s)_____

PROCEDURES:   (None)   Appy   Chole   PCI date(s)_____   CABG date(s)_____   Hyst   TAHBSO

MEDICATIONS:   None   See Nursing List

ALLERGIES:   None   See Nursing List   PCN   Sulfa   Codeine   NSAIDS

**Social History:**   DOMESTIC:   (Own Home)   Nursing Home   Assisted Living   Lives Alone   W/ Parent(s) _____

NON SMOKER / SMOKER:   ppd ___ yrs/   quit: ___ yrs

ALCOHOL:   (none)   rare   frequent   DRUGS: _____

OCCUPATION:   Student

**Family History:**   CAD   CVA   Cancer   DM

© Copyright Emergency Care, Inc. 2001

Hinton, Toshua
PATIENT STAMP

593(190

## Review of Systems:
*Circle individual positive findings, e.g.:* (fever)   *Cross out if negative, e.g.:* ~~chills~~

*Check NEG column if all negative except noted.*

| | NEG X noted | | | | | |
|---|---|---|---|---|---|---|
| Constitutional | ✓ | fever | chills | weight loss | lethargy | |
| ENT | ✓ | congestion | sore throat | earache | | |
| Eyes | ✓ | pain/matter | decr vision | injury | see eye form | |
| Cardio-resp | ✓ | ~~CP~~ | (SOB) | ~~edema~~ | (cough) ~~sputum~~ | |
| GI | ✓ | (nausea) | (vomiting) | diarrhea | ~~bowel changes~~ | |
| GU | ✓ | dysuria | frequency | | | |
| Musc-skel | ✓ | pain | swelling | deformity | injury | |
| Derm | ✓ | rash | bite | abrasion | lac – see lac form | |
| Neuro | ✓ | HA | dizzy | weak | syncope | loss function |
| Heme | ✓ | bleed | bruise | | | |
| GYN | | LMP | N   ABN | G   P   AB | BC (no) | Vag Bleed / DC |
| Peds | | decr response | crying | consolable | decr fluids | decr urine |

## Reviewed    Nursing Notes    Vital Signs

## Physical Examination:
*Attending: Circle first column items you obtained from your patient exam which agree or document in space b*

*Circle individual abnormal findings, e.g.:* (PMI)   *Cross out if normal, e.g.:* ~~breath sounds~~

| | All Normal X noted | | | | | |
|---|---|---|---|---|---|---|
| General | ✓ | comfort | body habitus | | | |
| Psych | ✓ | alertness & orientation x3 | mem:   remote   /   recent | | | |
| Eyes | ✓ | conjunctivae   lids | pupillary light reaction | | | |
| ENT | ✓ | external   ears   nose | hearing to conversation | | | |
| Neck | ✓ | suppleness   thyroid | jugular vein | | | |
| Respiratory | ✓ | chest motion   breath sounds | CTA | | | |
| Cardiovasc | ✓ | rate rhythm   PMI | gallops murmurs rubs | | | |
| Abdomen | ✓ | liver/spleen   peristalsis | palpation for tenderness / masses  Ten TP umbilical RRQ | | | |
| Skin | ✓ | clear   color   temp | | | | |
| Rectal | | tone   stool Heme | | | | |
| GU male | | prostate   scrotum   penile shaft | | | | |
| GU female | | introitus   vagina   cervix   adnexa   uterus | | | | |
| Musculoskel | | joints   muscles   edema evaluation | | | | |
| Neuro | | CN II-XII   motor   sensory   DTR's | | | | |

Other Physical Exam Findings: _____

PATIENT STAMP

## Further Complaints    (No)   Yes   Addendum

© Copyright Emergency Care, Inc. 2001

Page 3 of 4

| Orders: | Entry | Normal X̄ noted | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Old Records | | | Reviewed | | | | | | | |
| EKG | | | rhythm NSR | | rate | 12 lead: NSA | unch-prev-EKG | | | |
| CBC | | | Hgb | Hct | plat | wbc | diff | | | |
| chem 8 14 | | | NA | K | Cl | $CO_2$ | BUN | Cr | Glu | |
| HCG Lipase | | | HCG | Lip | | | | | | |
| PT PTT BNP dDimer | | | PT | INR | PTT | BNP | dDimer | | | |
| Cardiac Profile | | | CK | MB | TI | | | | | |
| Trauma ABG | | | pH | $pO_2$ | $pCO_2$ | $HCO_3$ | BE | S | | |
| UA Cath | | | WBC | RBC | LE | Nit | Ket | glu | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Bed Order | | | Medical | Monitor: Card Med Surg | CCU ICU | Ortho | | | | |
| CXR port | | | | | | | | | | |
| C T LS sp | | | | | | | | | | |
| Obstruc KUB | | | | | | | | | | |
| CT Head Ab-Pel Chest | | | | | | | | | | |
| US GB pelvis | | | | | | | | | | |
| Peak Flow | | | — 350 Prsd 930 | | | | | | | |

| Nursing Orders | | | Noted | Other Nursing Orders | Note |
|---|---|---|---|---|---|
| IV NS LR @ cc/hr: / L w/o | | | | Pulse ok — 100% | |
| Ativan Inapsine Compazine / mg IV | | | | | |
| MS demerol mg IV titrate | | | | | |
| Fentanyl ug IV titrate | | | | | |
| Toradol mg IV IM | | | | | |
| $O_2$ NC msk NRB L/min monitor | | | | | |
| Foley NG Tilt CP - care-path | | | | | |

**Treatment and TEC course:** Re-eval time: _____ Patient: Better Worse Same Pain Resolved_____

| Case Discussed: | Dr. | | Time | Dr. | | Time | Dr. | | Time |
|---|---|---|---|---|---|---|---|---|---|

Will Evaluate Patient: In   Hospital   TEC   Office        Disposition: Floor   ICU   CCU   Monitored Bed

**Clinical Impression(s):** A ĉo- Nausea, Vomiting, Cough
Poss Arsine gas Exposure

**Discharge Plan:** Follow-up if not better by _____ days. If worse, immediately call your doctor or TEC.

RETURN TO:   TEC — Date_____ Time_____   OU Clinic _____ — Date_____ Time_____
Doctor / Clinic   Admit   Date   Time

Medications / Rx: _____

Work / School Note: Able to work / school   Off work / school through _____   Work / School Restrictions: _____

Instruction Sheets: Medications

**Med Decision Making:**
Completed by EP or confirmed by EP after done by:   PA   Resident   Student
Revised:
Attending reviewed:   CC, PMH, SH, FH, ROS. ALL OF pp 1-2 on this chart.

Hinton, Joshua

PATIENT STAMP
5936190

MD / DO        PA PC MS

Thu, 13 Mar 03  1146                                          Page    1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Patient Name: Hinton,Joshua W              DOB: 04/01/1986 Age: 16Y   Sex: M
Visit #: 5936190                           Attending Physician: Barton,R. Phillip
MR#: 20424917                              Admission Date/Time: Wed, 07/11/2001 17
Visit Type: OV  Bed:                       Discharge Date/Time: Thu, 07/12/2001 16

---

Chart Group: Q/H&P
Wed, 07/11/2001 20:55
 History and Physical
  Physician       : R. Phillip Barton, MD
  MD/Res/PA/NP    : Kris Lepere, DO
  Dictation D/T   : Wed, 11 Jul 2001  2055
  Report          : DATE OF ADMISSION: July 11, 2001.

CHIEF COMPLAINT:
Nausea, vomiting, headache, shortness of breath, and pos
Arsine exposure.

HISTORY OF PRESENT ILLNESS:
Joshua is a 15-year-old, Caucasian male who is admitted
the Saint Francis Hospital pediatric floor with complain
nausea, vomiting, headache, and shortness of breath for
day. Apparently, he and his father were working laying t
at a chemical plant at the Port of Catoosa since Monday.
morning, both he and his father awoke with the above sym
including nausea, vomiting, headache, shortness of breat
and also some mild abdominal discomfort, especially afte
urinating.  It was found out later today that there had
a leak of arsine gas at the plant, so he and his father
in for immediate evaluation after being made aware of th
He denies any other symptoms such as fever, weight loss,
fatigue.

PAST MEDICAL HISTORY:
Past medical history is significant for being born
prematurely and weighing approximately two pounds. He ha
intermittent asthma as a child, but this has resolved no
His father did die at a very young age, age 32 years.   H
seen by a cardiologist a few months ago and told he had
'athletic heart.' He was advised that if he were exercis
and felt a racing heart rate, he should stop and seek me
attention.

PAST SURGICAL HISTORY: None.

FAMILY HISTORY:
Family history is significant for father with myocardial
infarction as above.

SOCIAL HISTORY:
He is an athletic tenth grader. He denies any smoking,
drinking, or illicit drug activity.

MEDICATIONS: None.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

PRIMARY CARE PHYSICIAN: Dr. Hein in Sand Springs.

IMMUNIZATIONS: Up-to-date.

REVIEW OF SYSTEMS:
Review of systems is otherwise unremarkable except for
symptoms noted in the History of Present Illness.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 36.4, pulse 130, respirations 2

Printed on 03/13/2003 by Dixon,Nancy G              Requested by:RHODE
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED B
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION I
Hinton,Joshua W                                   Visit#:  5936190

EXHIBIT

C

Thu, 13 Mar 03   1146                                                        Page   2

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/H&P -- continued
History and Physical -- cont'd
blood pressure 104/56. Oxygen saturation is 99 percent
room air.
GENERAL: He is alert and oriented and has a pleasant
demeanor.
HEAD: Normocephalic and atraumatic.
EYES: The pupils are equal, round, reactive to light an
accommodation. The extraocular movements are intact. Th
sclerae are clear.
EARS: Tympanic membranes are clear bilaterally.
PHARYNX: Clear with no injection noted.
NECK: No lymphadenopathy.
HEART: Heart has a regular rate and rhythm without gall
click, rub, or murmur.
LUNGS: Lungs are clear to auscultation bilaterally.
ABDOMEN: Abdomen is soft. There are no masses or organo
noted. Positive bowel sounds.
EXTREMITIES: There is full range of motion of extremiti
and there is no clubbing, cyanosis, or edema.
NEUROLOGIC: Cranial nerves II-XII were grossly intact.

DIAGNOSTIC STUDIES:
White blood cell count 10.0, hemoglobin 15.6, hematocrit
46.3, platelets 209,000. Differential showed 10 percent
lymphocytes and 84 percent granulocytes.

Sodium 140, potassium 3.6, chloride 106, bicarbonate 27,
14, creatinine 0.9, glucose 106, calcium 8.9, total prot
7.0, albumen 4.4, total bilirubin 0.7, alkaline phosphat
193, AST 15, ALT 10. Haptoglobin is 132.

Urinalysis shows trace ketones. Negative bilirubin. Nega
urobilinogen. Negative leukocyte esterase. Negative nitr

Chest x-ray shows no focal infiltrates.

ASSESSMENT:
Possible arsine inhalation.

PLAN:
Will admit the patient for monitoring to the pediatric f
Will check routine laboratory studies. Will provide
intravenous fluids and will check dipsticks of all urine
samples to check for any progression of hemoglobinuria.
repeat a chemistry and complete blood cell count in the
morning.


R. PHILLIP BARTON, M.D.

DICTATED BY: KRISTOPHER LEPERE, D.O.
Electronic Signature by: R. Phillip Barton, MD

Thu, 13 Mar 03   1146                                                    Page    3

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/TEC MD
Wed, 07/11/2001 18:50
    TEC Transfer Report
        Transport Mode      : stretcher O2: yes
        Report Gvn To       : ERIC,RN
        Tier charges        : Tier 6 Critical Care,Continuous Pulse Ox,Saline Lock,Card
                              Monitor,Repeat Vital Signs
        Add'l Charges       : Oxygen Setup Nasal  qty:     1
        Electronic Signature by: Rhonda M. Britt, RN

Thu, 13 Mar 03  1146                                                      Page  4 o

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block
Wed, 07/11/2001 17:00

    Wed, 11Jul 1700 Verbal Orders by Howard Roemer, MD
          Taken by Transcriptionist A Transcriptionist

              1.  New Order for Chest 1 View,Portable
                  Type            : 1 View ,Portable
                  Area of Interest: entire chest
                  Reason          : arsine exposure
                  When            : Wednesday, 11 July 01  1700
                  Order Comment   : downtime


    Wed, 07/11/2001 17:10

      Wed, 11Jul 1710 Pre-Defined Orders

              1.  New Order for TEC Procedures Complete
                  When          : Wednesday, 11 July 01  1710
          #1  11 Jul 01  1854 noted by Britt,Rhonda M. RN
          ---------------------------------------------------------------------


    Wed, 07/11/2001 17:45

      Wed, 11Jul 1745 Written Orders by R. Phillip Barton, MD

              1.  New Order for  Admit to Inpatient/Observation
                  When            : Wednesday, 11 July 01  1745
                  Bed Control Service:  All/Any
                  Bed Type        : Semi-Private
                  Transport Method : bed

                  TEC Transfer Report
                  When         : now
                  Entered by Betty L. Henry at 11 Jul 01  1745
          #1  11 Jul 01  1854 noted by Britt,Rhonda M. RN
          ---------------------------------------------------------------------


    Wed, 07/11/2001 17:47

      Wed, 11Jul 1747 Pre-Defined Orders

              1.  New Order for History and Physical
                  When          : Wednesday, 11 July 01  1747
          #1  11 Jul 01  1854 noted by Britt,Rhonda M. RN
          ---------------------------------------------------------------------


    Wed, 07/11/2001 17:48

      Wed, 11Jul 1748 Pre-Defined Orders

              1.  New Order for Admit Referral Case Management Referral
                  When   : Wednesday, 11 July 01  1748
                  Reason : Admit Referral

              2.  New Order for Materna/Child Mini-Admission Assessment
                  When          : Wednesday, 11 July 01  1748
          #1  11 Jul 01  1854 noted by Britt,Rhonda M. RN
          #2  11 Jul 01  1854 noted by Britt,Rhonda M. RN
          ---------------------------------------------------------------------


Printed on 03/13/2003 by Dixon,Nancy G                Requested by:RHODES HIERONYMUS
  THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
    LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                   Visit#:  5936190       MR#:20424917    v5

Thu, 13 Mar 03   1146                                                    Page  5

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block -- continued
Wed, 07/11/2001 18:01

   Wed, 11Jul 1801 Written Orders by R. Phillip Barton, MD

      1.  New Order for HHN - Resp Tx Albuterol 0.5 ml
         When         : Wednesday, 11 July 01  1801
         Primary Med : Albuterol 0.5 ml
         Medication 2: Atrovent 0.5 ml
         Tx Time      : 12 min
         Entered by Merry M Phillips, RRT at 11 Jul 01   1801
   #1   11 Jul 01  1854 noted by Britt,Rhonda M. RN

Wed, 07/11/2001 18:44

   Wed, 11Jul 1844 Written Orders by R. Phillip Barton, MD

      1.  New Order for CBC with Differential
         When            : Wednesday, 11 July 01  1844   STAT
         Specimen        : Blood - EDTA 5mL draw (PRNCND)
         Collect Method  : venipuncture
         Entered by Betty L. Henry at 11 Jul 01  1844

      2.  New Order for Chemistry 14 Panel
         When            : Wednesday, 11 July 01  1844   STAT
         Specimen        : Blood - Heparin PST (GRCD)
         Entered by Betty L. Henry at 11 Jul 01  1844

      3.  New Order for Urinalysis w/Culture, if Indicated
         When            : Wednesday, 11 July 01  1844   STAT
         Specimen        : Urine (URNCND)
         Entered by Betty L. Henry at 11 Jul 01  1844

      4.  New Order for Chest Portable,1 View
         Type             : Portable,1 View
         Area of Interest : entire chest
         Reason           : admit diagnosis
         When             : Wednesday, 11 July 01  1844   ASAP
         Entered by Betty L. Henry at 11 Jul 01  1844

      5.  New Order for Quantitative Hemoglobin
         When            : Wednesday, 11 July 01  1844   STAT
         Specimen        : Blood - Heparin PST (GRCD)
         Entered by Betty L. Henry at 11 Jul 01  1844

      6.  New Order for Haptoglobin
         When            : Wednesday, 11 July 01  1844   STAT
         Specimen        : Blood - Serum No SST (RDCD)
         Entered by Betty L. Henry at 11 Jul 01  1845
   #1   11 Jul 01  1854 noted by Britt,Rhonda M. RN
   #2   11 Jul 01  1854 noted by Britt,Rhonda M. RN
   #3   11 Jul 01  1854 noted by Britt,Rhonda M. RN
   #4   11 Jul 01  1854 noted by Britt,Rhonda M. RN
   #5   11 Jul 01  1854 noted by Britt,Rhonda M. RN
   #6   11 Jul 01  1854 noted by Britt,Rhonda M. RN

Printed on 03/13/2003 by Dixon,Nancy G              Requested by:RHODES HIERONYMUS
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND ST
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                    Visit#:  5936190      MR#:20424917

Thu, 13 Mar 03   1146                                                          Page    6

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block -- continued
Wed, 07/11/2001 18:52

    Wed, 11Jul 1852 Written Orders by Luster I. Jacobs III, MD

            1.   New Order for Hold Blue Tube
                 When              : Wednesday, 11 July 01  1852  STAT
                 Specimen          : Hold Blood - Citrate (HBLCND)
                 Entered by Rickey O Haile, NT at 11 Jul 01  1852

            2.   New Order for Hold Gold Tube
                 When              : Wednesday, 11 July 01  1852  STAT
                 Specimen          : Hold Blood - Serum (HGDCND)
                 Entered by Rickey O Haile, NT at 11 Jul 01  1852
       #1   11 Jul 01  1854 noted by Britt,Rhonda M. RN
       #2   11 Jul 01  1854 noted by Britt,Rhonda M. RN
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Wed, 07/11/2001 20:41

    Wed, 11Jul 2041 Written Orders by Rebecca Skonicki, DO

            1.   New Order for D5 in NaCl 0.45%, 1L
                 Soln/Additive : 1 L Dextrose 5% in Sodium Cl 0.45%
                 Rate          : 125 mL/hr
                 DC Time       : indefinite
                 Entered by Eric J Hanson, RN  at 11 Jul 01  2042

            2.   New Order for Hemogram
                 When              : Thursday, 12 July 01  0700  ROUT
                 Specimen          : Blood - EDTA 5mL draw (PRNCND)
                 Collect Method    : venipuncture
                 Entered by Eric J Hanson, RN  at 11 Jul 01  2042

            3.   New Order for American Diet
                 Diet Type(s)            : pediatric diets
                 Pediatric Diets         : all american
                 Frequency               : qmeal
                 Send a Tray Now?        : breakfast
                 Entered by Eric J Hanson, RN  at 11 Jul 01  2042

            4.   New Order for Resp Care Orders
                 When              : Wednesday, 11 July 01  2041
                 Orders            : O2 AT 2L VIA N/C TO KEEP SATS >93%
                 Add'l Orders      : ALBUTEROL 2.5MG IN 2.0CC NS NEBS Q6H AND PRN SOB
                 Entered by Eric J Hanson, RN  at 11 Jul 01  2043
       #1   12 Jul 01  0754 noted by Easley,Holly N. RN
              Related Action: 12Jul01 0805 DC
       #2   12 Jul 01  0754 noted by Easley,Holly N. RN
       #3   12 Jul 01  0754 noted by Easley,Holly N. RN
       #4   12 Jul 01  0754 noted by Easley,Holly N. RN
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Wed, 07/11/2001 20:47

    Wed, 11Jul 2047 Written Orders by Rebecca Skonicki, DO

            1.   New Order for Quantitative Hemoglobin
                 When              : Thursday, 12 July 01  0700  ROUT
                 Specimen          : Blood - Heparin PST (GRCD)
                 Entered by Eric J Hanson, RN  at 11 Jul 01  2048
       #1      Related Action: 11Jul01 2059 correction DC
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Printed on 03/13/2003 by Dixon,Nancy G              Requested by:RHODES HIERONYMUS
      THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STA
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                    Visit#:  5936190        MR#:20424917      v

Thu, 13 Mar 03   1146                                                                                Page   7

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block -- continued
Wed, 07/11/2001 20:51

    Wed, 11Jul 2051 Written Orders by Rebecca Skonicki, DO

       1.   New Order for Electrocardiogram EKG
         When          : Wednesday, 11 July 01  2051   STAT
         Type          : electrocardiogram
         Reason        : admitting diagnosis
         Entered by Eric J Hanson, RN  at 11 Jul 01   2051
   #1   12 Jul 01   0754 noted by Easley,Holly N. RN

Wed, 07/11/2001 20:59

    Wed, 11Jul 2059 Correction Orders by Eric J Hanson, RN

       1.   Correction DC Order for Quantitative Hemoglobin
         12Jul   0700 ROUT Blood - Heparin PST
   #1    Related Action: 11Jul01 2047 original

Wed, 07/11/2001 21:07

    Wed, 11Jul 2107 Written Orders by Rebecca Skonicki, DO

       1.   New Order for Oxygen Setup
         When          : Wednesday, 11 July 01  2107
         O2 Modality   : nasal cannula
         Inspired O2   : 2 L/min
         Cont/PRN      : continuous
         Instructions  : May wean to keep O2 sats > 93%

         Oxygen Check NC
         When          : qd scheduled at 0800
         O2 Modality   : nasal cannula
         Inspired O2   : 2 L/min
         Cont/PRN      : continuous
         Tx Time       : 2 min
         Entered by Sandra L Yeakey at 11 Jul 01   2107

       2.   New Order for HHN - Resp Tx Albuterol 0.5 ml
         When          : q6h scheduled at default 0400/1000/1600/2200 and prn
         Primary Med : Albuterol 0.5 ml
         DC Time       : Wed, 25Jul01 ASO
         Tx Time       : 12 min
         Entered by Sandra L Yeakey at 11 Jul 01   2107
   #1   12 Jul 01   0754 noted by Easley,Holly N. RN
       Related Action: 12Jul01 0919 change
   #2   12 Jul 01   0754 noted by Easley,Holly N. RN

Thu, 07/12/2001 05:47

    Thu, 12Jul 0547 Written Orders by Kris Lepere, DO

       1.   New Order for Quantitative Hemoglobin
         When          : Thursday, 12 July 01  0547   ASAP
         Specimen      : Blood - Heparin PST (GRCD)
         Entered by Holly N. Easley, RN  at 12 Jul 01   0547
   #1   12 Jul 01   0754 noted by Easley,Holly N. RN

Printed on 03/13/2003 by Dixon,Nancy G          Requested by:RHODES HIERONYMUS
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STA
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                              Visit#:  5936190        MR#:20424917

Thu, 13 Mar 03  1146                                                      Page   8

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block -- continued
Thu, 07/12/2001 08:05

     Thu, 12Jul 0805 Written Orders by Rebecca Skonicki, DO

          1.   New Order for Resp Care Orders
               When            : Thursday, 12 July 01  0805
               Orders          : O2 PER NC PRN TO KEEP O2 SAT > 94%
               Entered by Carol S. Hendrix, CS at 12 Jul 01  0818

          2.   New Order for NS Flush (Saline Flush)
               Dose/Route  : 2 mL IV flush
               IV Type     : Peripheral - IID
               When        : q8h scheduled at default 0600/1400/2200 and prn
               DC Time     : indefinite
               Entered by Carol S. Hendrix, CS at 12 Jul 01  0819

          3.   DC Order for D5 in NaCl 0.45%, 1L
               1 L D5 in NaCl 0.45% 125 mL/hr
               DC Time: Thursday, 12 July 01  0820
               Entered by Carol S. Hendrix, CS at 12 Jul 01  0820
     #1   12 Jul 01  0859 noted by Rogers,Andrea RN
     #2   12 Jul 01  0859 noted by Rogers,Andrea RN
     #3   12 Jul 01  0859 noted by Rogers,Andrea RN
               Related Action: 11Jul01 2041 original
     ---- ------------------------------------------------------------------


Thu, 07/12/2001 09:19

     Thu, 12Jul 0919 Written Orders by Rebecca Skonicki, DO

          1.   Change Order for Oxygen Setup
               effective 12 Jul 01  0919
               When            : (continuing schedule)
                                 Wednesday, 11 July 01  2107
               O2 Modality     : nasal cannula
               Inspired O2     : 2 L/min
               Cont/PRN        : prn
               Instructions    : May wean to keep O2 sats > 94%

               Oxygen Check NC
               When            : (continuing schedule)
                                 qd scheduled at 0800
               O2 Modality     : nasal cannula
               Inspired O2     : 2 L/min
               Cont/PRN        : prn
               Tx Time         : 2 min
               Entered by Mary M Rowe at 12 Jul 01  0919
     #1   12 Jul 01  1223 noted by Rogers,Andrea RN
               Related Action: 11Jul01 2107 original
     -----------------------------------------------------------------------

Printed on 03/13/2003 by Dixon,Nancy G               Requested by:RHODES HIERONYMUS
     THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
     LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                Visit#:  5936190        MR#:20424917    v5

Thu, 13 Mar 03  1146                                                    Page    9

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

    Chart Group: N/Order Block -- continued
Thu, 07/12/2001 10:15

    Thu, 12Jul 1015 Written Orders by Rebecca Skonicki, DO

            1.  New Order for Home Medical Equipment Order
                Telephone       : (918) 245-7317
                Address         : 16803 W 19TH PL
                                  SAND SPRINGS, Tulsa County, OK  74063
                Contact         : Jones, Pamela D (918) 245-7317 (parent)
                FC              : HMO (Commercial Risk) (71)
                Diagnosis       : respiratory  11Jul2001 1747

                When            : Thursday, 12 July 01
                Equipment       : Nebulizer
                Delivery        : hospital
                Entered by Carol S. Hendrix, CS at 12 Jul 01  1113

            2.  New Order for Discharge Patient - IP/OV/OP/EP
                Disch Disposition  : home
                When               : Thursday, 12 July 01   ROUT
                Entered by Carol S. Hendrix, CS at 12 Jul 01  1124
        #1  12 Jul 01  1222 noted by Rogers,Andrea RN
        #2  12 Jul 01  1222 noted by Rogers,Andrea RN
        - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Thu, 07/12/2001 19:45

        #1      Related Action: 11Jul01 1748 original
        #2      Related Action: 11Jul01 2041 original
        #3      Related Action: 11Jul01 1748 original
        #4      Related Action: 11Jul01 2107 original
                Related Action: 12Jul01 0919 change
        #5      Related Action: 11Jul01 2107 original
        #6      Related Action: 12Jul01 0805 original
        - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Fri, 07/13/2001 12:28

    Fri, 13Jul 1228 Pre-Defined Orders

            1.  New Order for Observation ... Case Management
                Referral
                When    : Friday, 13 July 01  1228
                Reason  : Observation Admit Referral

            2.  New Order for Materna/Child Mini-Admission Assessment
                When            : Friday, 13 July 01  1228




Fri, 07/13/2001 12:28

        #1      Related Action: 13Jul01 1228 original
        #2      Related Action: 13Jul01 1228 original
        - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




Printed on 03/13/2003 by Dixon,Nancy G                     Requested by:RHODES HIERONYMUS
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STA
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                    Visit#:  5936190      MR#:20424917    V

Thu, 13 Mar 03   1146                                                                Page   10

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/All Nursing
Wed, 07/11/2001 18:49
    TEC Procedures Complete
            Nsg Proc Complete? : yes
        Electronic Signature by: Rhonda M. Britt, RN

Thu, 07/12/2001 08:40
    NS Flush (Saline Flush)
            Dose/Route          : 2 mL IV flush
            Admin Info          : IV flush
                                  2 mL of Sodium Cl 0.9%,    10 mL
        Electronic Signature by: Andrea Rogers, RN

Thu, 13 Mar 03   1146                                                    Page   11 o

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: P/All Pharmacy
Thu, 07/12/2001 08:40
   NS Flush (Saline Flush)
           Dose/Route       : 2 mL IV flush
           Admin Info       : IV flush
                             2 mL of Sodium Cl 0.9%,    10 mL
        Electronic Signature by: Andrea Rogers, RN

Printed on 03/13/2003 by Dixon,Nancy G              Requested by:RHODES HIERONYMUS
   THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
      LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                 Visit#:  5936190          MR#:20424917     v5

Thu, 13 Mar 03  1146                                                          Page  12 o

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: D/Food Services
Wed, 07/11/2001 20:45
      American Diet
      American Diet                                                        resolved
            Resolve Comment     : Documented in paper medical record

Thu, 07/12/2001 07:34
      American Diet
      American Diet                                                        resolved
            Resolve Comment     : Documented in paper medical record

Thu, 07/12/2001 11:49
      American Diet
      American Diet                                                        resolved
            Resolve Comment     : Documented in paper medical record

Printed on 03/13/2003 by Dixon,Nancy G            Requested by:RHODES HIERONYMUS
      THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
            LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                    Visit#:  5936190          MR#:20424917      v5

Thu, 13 Mar 03  1146                                                                    Page  13

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory
Wed, 07/11/2001 18:52
  CBC with Differential                                              Status: complet
        Collection Time: 11 Jul 01  1852
        Specimen        : Blood(1697361)

        WBC  (K/cmm)    : 10.0    (4.9 - 10.5)
        RBC  (M/cmm)    : 5.35    (3.91 - 5.83)
        Hgb  (g/dL)     : 15.6    (12.7 - 16.6)
        Hct     (%)     : 46.3    (36.5 - 49.2)
        MCV  (cmic)     : 86.6    (85.5 - 97.3)
        MCHC (g/dL)     : 33.6    (32.4 - 34.9)
        RDW     (%)     : 11.8    (9.9 - 14.7)
        Plt  (K/cmm)    : 209     (145 - 330)
        MPV  (cmic)     : 7.8     (6.6 - 10.5)
        Lymph   (%)     : 10      (11 - 45)
        Mono    (%)     : 6       (4 - 13)
        Gran    (%)     : 84      (44 - 75)
        Eos     (%)     : 1       (0 - 9)
        Baso    (%)     : 0       (0 - 1)
        Electronic Signature by: Melissa Carpenter

Wed, 07/11/2001 18:52
  Chemistry 14 Panel                                                 Status: complet
        Collection Time: 11 Jul 01  1852
        Specimen        : Plasma(1697361)

        Gluc   (mg/dL): 106       (70 - 110)
        BUN    (mg/dL): 14        (5 - 25)
        Creat  (mg/dL): 0.9       (0.7 - 1.5)
        CO2    (mmol/L): 27       (20 - 24)
        Cl     (mmol/L): 106      (96 - 112)
        Na     (mmol/L): 140      (135 - 146)
        K      (mmol/L): 3.6      (3.5 - 5.0)
        Ca     (mg/dL): 8.9       (8.0 - 10.5)
        TP      (g/dL): 7.0       (6.0 - 8.0)
        Alb     (g/dL): 4.4       (4.1 - 5.3)
        T Bili (mg/dL): 0.7       (0.3 - 1.2)
        Alk Phos (U/L): 193       (100 - 390)
        GOT (AST) (U/L): 15       (0 - 35)
        GPT (ALT) (U/L): 10       (7 - 40)
        Electronic Signature by: Tracy L. Huffman

Wed, 07/11/2001 18:52
  Quantitative Hemoglobin                                            Status: complet
        Collection Time: 11 Jul 01  1852
        Specimen        : Plasma(1697361)

        Plasma Hgb (mg/: 10.6 (0.0 - 10.4)
        Electronic Signature by: Karen S. Deibel

Wed, 07/11/2001 18:52
  Haptoglobin                                                        Status: complet
        Collection Time: 11 Jul 01  1852
        Specimen        : Serum(1697361)

        Haptoglob (mg/d: 132    (22 - 200)
        Electronic Signature by: Patricia R. McCoy

Wed, 07/11/2001 18:52
  Hold Blue Tube                                                     Status: complet
        Collection Time: 11 Jul 01  1852
        Specimen        : Plasma(1697387)

        Note:           : this event is used to track the "hold tube" request.
        Electronic Signature by: Rebecca K. Balser

Printed on 03/13/2003 by Dixon,Nancy G              Requested by:RHODES HIERONYMUS
   THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STA
     LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                    Visit#: 5936190     MR#:20424917



Thu, 13 Mar 03   1146                                                      Page   14

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued
Wed, 07/11/2001 18:52
    Hold Gold Tube                                               Status: complet
            Collection Time: 11 Jul 01   1852
            Specimen       : Serum(1697387)

            Note:          : this event is used to track the "hold tube" request.
        Electronic Signature by: Rebecca K. Balser

Wed, 07/11/2001 19:12
    Urinalysis w/Culture, if Indicated                           Status: complet
            Collection Time: 11 Jul 01   1912
            Specimen       : Urine(1697360)

            Color          : yellow
            Clarity        : clear
            Glucose        : negative   (negative)
            pH             : 6.0        (5.0-8.5)
            Ketones        : trace      (negative)
            Protein        : negative   (negative)
            Bilirubin      : negative   (negative)
            Blood          : negative   (negative)
            Urobilin       : 0.2        (<1.0)
            Sp Grav        : 1.025      (1.005-1.030)
            LE             : negative   (negative)
            Nitrite        : negative   (negative)
        Electronic Signature by: Emily I Thompson

Thu, 07/12/2001 06:04
    Hemogram                                                     Status: complete
            Collection Time: 12 Jul 01   0604
            Specimen       : Blood(1698176)

            WBC   (K/cmm)  : 6.3      (4.9 - 10.5)
            RBC   (M/cmm)  : 5.21     (3.91 - 5.83)
            Hgb   (g/dL)   : 14.8     (12.7 - 16.6)
            Hct      (%)   : 45.2     (36.5 - 49.2)
            MCV (cu mic)   : 86.7     (85.5 - 97.3)
            MCHC  (g/dL)   : 32.8     (32.4 - 34.9)
            RDW      (%)   : 11.8     (9.9 - 14.7)
            Plt   (K/cmm)  : 213      (145 - 330)
            MPV (cu mic)   : 8.2      (6.6 - 10.5)
        Electronic Signature by: Sandra E. Duncan

Thu, 07/12/2001 06:04
    Quantitative Hemoglobin                                      Status: complete
            Collection Time: 12 Jul 01   0604
            Specimen       : Plasma(1698507)

            Plasma Hgb (mg/: 11.0 (0.0 - 10.4)
        Electronic Signature by: Keith G. McMillin

Printed on 03/13/2003 by Dixon,Nancy G            Requested by:RHODES HIERONYMUS
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                   Visit#:   5936190      MR#:20424917     v

Thu, 13 Mar 03  1146                                                    Page  15

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: X/All Radiology
Wed, 07/11/2001 17:00
    Chest 1 View,Portable

    Accession #:      1137262                Result Time: 13 Jul 01  1402

    Accession #      : Spec #1137262: 12 Jul 01  0830
    DOB              : 1 Apr 86  0000
    MRN              : 20424917
    Type             : 1 View ,Portable
    Area             : entire chest
    Reason           : arsine exposure
    Clinical History : same
    Allergies        : not obtainable
    Performed By     : Lori M Hinesley, RT(R)
    Films Used       : 1-35x43 no repeat films
    Location         : SFH-Rad-Portable
    Read By          : Steven B. Leonard, MD
    Dictation Date   : 11Jul2001 0000
    Date Transcribed : 11Jul2001 0000
    Final Report     : EXAM TITLE:  Single view chest

                       CLINICAL HISTORY:  Chemical exposure.

                       FINDINGS:
                       Lungs are clear.  I see no confluent infiltrate.  I see no pneumot
                       or pleural fluid.  Cardiomediastinal silhouette is ordinary in
                       appearance.

                       IMPRESSION:
                       No acute process seen.

                       DICTATED BY: Steven B. Leonard, M.D.
    ------------------------------------------------------------------------
        Electronic Signature by: Steven B. Leonard, MD

Thu, 13 Mar 03  1146                                          Page  16

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: X/All Radiology -- continued
Wed, 07/11/2001 19:18
    Chest Portable,1 View

    Accession #:      1697444              Result Time: 11 Jul 01  1953

    Accession #      : Spec #1697444: 11 Jul 01  1909
    DOB              : 1 Apr 86   0000
    MRN              : 20424917
    Type             : 1 View ,Portable
    Area             : entire chest
    Reason           : admit diagnosis
    Clinical History: respitory
    Performed By     : Patrick E Ballard, RT(R)
    Films Used       : 1 digital image(s) no repeat films
    Location         : SFH-Rad-Portable
    Read By          : Steven B. Leonard, MD
    Dictation Date   : 11Jul2001 1951
    Date Transcribed : 11Jul2001 1951
    Final Report     : FINDINGS:
                       There is improved aeration of the lungs compared with the earlier
                       examination.  I see no confluent infiltrates, pleural fluid, or
                       pneumothorax.  The cardiomediastinal silhouette is stable as is
                       appearance of the pulmonary vasculature.

                       IMPRESSION:
                       No acute process seen.

                       DICTATED BY:  Steven B. Leonard, M.D.
    -----------------------------------------------------------------------------------
        Electronic Signature by: Steven B. Leonard, MD

Printed on 03/13/2003 by Dixon,Nancy G              Requested by:RHODES HIERONYMUS
     THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                              Visit#:  5936190        MR#:20424917      v

Thu, 13 Mar 03   1146                                                    Page   1?

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: C/All Cardiology
Wed, 07/11/2001 21:13
   EKG EKG
   Event Time: Wed, 11 Jul 01   2113

   Thu, 12 Jul 01   1614

   Type              : ECG, Routine
   Interpreting Phy: Matthew Kimberling, MD
   Interpretation   :
                      ** ** ** ** * Pediatric ECG Analysis * ** ** ** ** **
                      Normal sinus rhythm
                      Normal ECG
   ----------------------------------------------------------------------
      Electronic Signature by: Kristen Shale

Thu, 13 Mar 03   1146                                                      Page   18

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: R/All Respiratory
Wed, 07/11/2001 18:01
    HHN Albuterol 0.5 ml
            Reason              : delivery of inhaled medication
            Pre HR              : 94
            Pre Resp            : 14
            Cough/Suction       : non-productive
            Primary Med         : Albuterol 0.5 ml
            Medication 2        : Atrovent 0.5 ml
            Med2 Given?         : yes
            Post HR             : 108
            Post Resp           : 16
        Electronic Signature by: Merry M Phillips, RRT

Wed, 07/11/2001 21:12
    Resp Care Orders
            Transcribed         : yes
            Checked             : yes
        Electronic Signature by: Marc R Van Sickle, CRTT

Wed, 07/11/2001 21:12
    Oxygen Setup
            Inspired O2         : 2 L/min
            Delivery Mode       : nasal cannula, adult
            Cont/PRN            : continuous
        Electronic Signature by: Marc R Van Sickle, CRTT

Wed, 07/11/2001 21:12
    HHN Albuterol 0.5 ml
            Reason              : delivery of inhaled medication
            Pre HR              : 64
            Pre Resp            : 20
            Cough/Suction       : no cough
            Primary Med         : Albuterol 0.5 ml
            Post HR             : 64
            Post Resp           : 12
        Electronic Signature by: Marc R Van Sickle, CRTT

Thu, 07/12/2001 04:25
    HHN Albuterol 0.5 ml
            Reason              : delivery of inhaled medication
            Pre HR              : 80
            Pre Resp            : 20
            Cough/Suction       : no cough
            Primary Med         : Albuterol 0.5 ml
            Post HR             : 88
            Post Resp           : 20
        Electronic Signature by: Patricia L Sears

Thu, 07/12/2001 10:20
    O2 Check NC
            Modality            : nasal cannula, adult
            Usage               : no - oxygen checked per department policy
        Electronic Signature by: Jimmy P Barnes

Thu, 07/12/2001 10:21
    HHN Albuterol 0.5 ml
            Reason              : delivery of inhaled medication
            Pre HR              : 84
            Pre Resp            : 16
            Cough/Suction       : strong non-productive
            Primary Med         : Albuterol 0.5 ml
            Post HR             : 88
            Post Resp           : 16
        Electronic Signature by: Jimmy P Barnes

Printed on 03/13/2003 by Dixon,Nancy G              Requested by:RHODES HIERONYMUS
        THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STA
           LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                   Visit#:  5936190        MR#:20424917

Thu, 13 Mar 03   1146                                                    Page 19

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: R/All Respiratory -- continued
Thu, 07/12/2001 10:23
    Resp Care Orders
            Transcribed           : yes
            Checked               : yes
        Electronic Signature by: Jimmy P Barnes

Thu, 07/12/2001 16:00
    HHN Albuterol 0.5 ml
            Reason                : delivery of inhaled medication
            Pre HR                : 72
            Pre Resp              : 16
            Cough/Suction         : non-productive strong
            Primary Med           : Albuterol 0.5 ml
            Post HR               : 76
            Post Resp             : 18
        Electronic Signature by: Carolyn A Scott

Printed on 03/13/2003 by Dixon,Nancy G                Requested by:RHODES HIERONYMUS
   THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND ST
      LAW, UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Hinton,Joshua W                                     Visit#:  5936190      MR#:20424917

Thu, 13 Mar 03   1146                                                          Page  20

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

_____
    Chart Group: N/TEC
Wed, 07/11/2001 18:49
    TEC Procedures Complete
            Nsg Proc Complete? : yes
        Electronic Signature by: Rhonda M. Britt, RN

Wed, 07/11/2001 18:50
    TEC Transfer Report
            Transport Mode        : stretcher O2: yes
            Report Gvn To         : ERIC,RN
            Tier charges          : Tier 6 Critical Care,Continuous Pulse Ox,Saline Lock,Car
                                    Monitor,Repeat Vital Signs
            Add'l Charges         : Oxygen Setup Nasal   qty:      1
        Electronic Signature by: Rhonda M. Britt, RN

 

Page 1 of 4

# SAINT FRANCIS HEALTH SYSTEM — GENERAL MEDICAL

Time Seen: (PA) PG, MS __16 50__ / EP _____  Room _____  Mode of Arrival:  EMS  PV  Other_____

PCP: _____  Specialty Care Physician: _____

**Chief Complaint:**  HISTORIAN: (Patient) Spouse Family Mother Father EMS Translator Acquaintance

Poss Ansur gas Exposure

Attending: *Circle first column items you obtained from HPI with which you agree or edit below.*

**History of Present Illness:**  HISTORY LIMITED BY:  ALOC  Intox  Dementia  Distress  Intubation

| | | |
|---|---|---|
| TIMING / ONSET: | (Today) / Date | Time Cutil 1100 |
| DURATION: | Continuous   Intermittent | Episodes Lasting ____ min hours days |
| SEVERITY 1-10: | Onset   Max   at TEC | Almost Gone |
| CONTEXT: | Home  Work  Exertion  Rest | |

157:00 c̄ Poss Ansur gas Exposure worker at
site x 2 days @ went home today at 1100, Bsch
n/v c cough, SOB worse all day
not present at time of exposure

| | | |
|---|---|---|
| LOCATION: | NA    See Diagram (X) | See Context |
| RADIATION: | None    See Diagram (arrow) | |
| QUALITY: | | See Context |
| ASSOC. SXS: | See ROS | See Context |
| RELIEVED BY: | Nothing | See Context |
| WORSENED BY: | Nothing | |
| Similar sxs: | None  w/u  Dx  Rx | |

**Past Medical History:**  MEDICAL:  NONE  Asthma as child  Cancer_____  CHF  COPD  CVA  HTN  IDDM  NIDDM

CAD/MI  Date(s)_____

PROCEDURES:  (None)  Appy  Chole  PCI date(s)_____  CABG date(s)_____  Hyst  TAHBSO

MEDICATIONS:  None  See Nursing List

ALLERGIES:  None  See Nursing List  PCN  Sulfa  Codeine  NSAIDS

**Social History:**  DOMESTIC: (Own Home)  Nursing Home  Assisted Living  Lives Alone  W/ Parent(s)_____

NON SMOKER  SMOKER:  ppd ____ yrs/ quit: ____ yrs

ALCOHOL  none  rare  frequent  DRUGS:

OCCUPATION: Sx9New

Hinton, Joshua

PATIENT STAMP

593619c

**EXHIBIT**

D

**Family History:**  CAD  CVA  Cancer  DM

© Copyright Emergency Care, Inc. 2001

 

Page 2 of 4

## Review of Systems:
Circle individual positive findings, e.g.: fever    Cross out if negative, e.g.: chills

| | NEG X noted | Check NEG column if all negative except noted. | | | |
|---|---|---|---|---|---|
| Constitutional | — | fever | chills | weight loss | lethargy |
| ENT | — | congestion | sore throat | earache | |
| Eyes | — | pain/matter | decr vision | injury | see eye form |
| Cardio-resp | / | CP | SOB | edema | cough/sputum |
| GI | / | nausea | vomiting | diarrhea | bowel changes |
| GU | / | dysuria | frequency | | |
| Musc-skel | / | pain | swelling | deformity | injury |
| Derm | / | rash | bite | abrasion | lac – see lac form |
| Neuro | / | HA | dizzy | weak | syncope | loss function |
| Heme | / | bleed | bruise | | |
| GYN | | LMP | N   ABN | G   P   AB | BC (no) | Vag Bleed / DC |
| Peds | | decr response | crying | consolable | decr fluids | decr urine |

## Reviewed  Nursing Notes   Vital Signs

## Physical Examination:
Attending: Circle first column items you obtained from your patient exam which agree or document in space b

| | All Normal X noted | Circle individual abnormal findings, e.g.: PMI    Cross out if normal, e.g.: breath sounds | | |
|---|---|---|---|---|
| General | — | comfort | body habitus | |
| Psych | / | alertness & orientation x3 | mem: remote / recent | |
| Eyes | / | conjunctivae | lids | pupillary light reaction |
| ENT | / | external   ears   nose | hearing to conversation | |
| Neck | / | suppleness | thyroid | jugular vein |
| Respiratory | / | chest motion | breath sounds   CTA | |
| Cardiovasc | / | rate rhythm | PMI | gallops murmurs rubs |
| Abdomen | / | liver/spleen | peristalsis | palpation for tenderness / masses   Tw TTP umbilical are |
| Skin | / | clear | color | temp |
| Rectal | | tone | stool Heme | |
| GU male | | prostate | scrotum | penile shaft |
| GU female | | introitus | vagina | cervix   adnexa   uterus |
| Musculoskel | | joints | muscles | edema evaluation |
| Neuro | | CN II-XII | motor | sensory   DTR's |

Other Physical Exam Findings:

PATIENT STAMP

## Further Complaints   No   Yes   Addendum

© Copyright Emergency Care, Inc. 2001

Page 3 of 4

| Orders: | Entry | Normal ē X noted | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Old Records | | | Reviewed | | | | | | |
| EKG | | | rhythm NSR | | rate | 12 lead: | NSA | unch-prev-EKG | |
| cbc | | | Hgb | Hct | plat | wbc | diff | | |
| chem   8   14 | | | NA | K | Cl | CO$_2$ | BUN | Cr | Glu |
| HCG     Lipase | | | HCG | Lip | | | | | |
| PT  PTT  BNP  dDimer | | | PT | INR | PTT | BNP | dDimer | | |
| Cardiac Profile | | | CK | MB | TI | | | | |
| Trauma    ABG | | | pH | pO$_2$ | pCO$_2$ | HCO$_3$ | BE | S | |
| UA    Cath | | | WBC | RBC | LE | Nit | Ket | glu | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bed Order | | | Medical | Monitor:  Card  Med  Surg | CCU  ICU | Ortho | | |
| CXR  port | | | | | | | | |
| C   T   LS   sp | | | | | | | | |
| Obstruc   KUB | | | | | | | | |
| CT  Head  Ab-Pel  Chest | | | | | | | | |
| US  GB  pelvis | | | | | | | | |
| Peak Flow | | — 3 5 0 | Prsd 430 | | | | | |

| Nursing Orders | | | Noted | Other Nursing Orders | Note |
|---|---|---|---|---|---|
| IV      NS  LR @      cc/hr:      L w/o | | | | Pulse ok — 100°/0 | |
| Ativan   Inapsine   Compazine      / mg IV | | | | | |
| MS   demerol      mg IV   titrate | | | | | |
| Fentanyl      ug IV   titrate | | | | | |
| Toradol      mg IV   IM | | | | | |
| O$_2$   NC   msk   NRB   L/min      monitor | | | | | |
| Foley   NG   Tilt   CP – care-path | | | | | |

**Treatment and TEC course:** Re-eval time: _____   Patient:   Better   Worse   Same   Pain Resolved_____

| Case Discussed: | Dr. | Time | Dr. | Time | Dr. | Time |
|---|---|---|---|---|---|---|

Will Evaluate Patient:  In   Hospital   TEC   Office      Disposition:   Floor   ICU   CCU   Monitored Bed

**Clinical Impression(s):** A po- Nausea, Vomiting, Cough
Poss Arsenic gas Exposure

**Discharge Plan:** Follow-up if not better by ___ days. If worse, immediately call your doctor or TEC.

RETURN TO:   TEC — Date_____   Time_____   OU Clinic _____ — Date_____   Time_____
Doctor / Clinic ___ Admit   Date_____   Time_____

Medications / Rx: _____

Work / School Note:   Able to work / school   Off work / school through _____   Work / School Restrictions: _____
Instruction Sheets:   Medications

**Med Decision Making:**
Completed by EP or confirmed by EP after done by:   PA   Resident   Student
revised: _____
Attending reviewed:   CC, PMH, SH, FH, ROS. ALL OF pp 1-2 on this chart.

Hinshaw, Joshua

PATIENT STAMP
5936190

MD / DO        PA  oc  MS

Tue, 10 Sep 02   0849                                                    Page    1 of 1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Patient Name: Jones,Jay L                    DOB: 11/20/1950 Age: 51Y   Sex: M
Visit #: 5936331                             Attending Physician: Emergency,Group
MR#: 20313640                                Admission Date/Time: Wed, 07/11/2001 1731
Visit Type: OV  Bed:                         Discharge Date/Time: Thu, 07/12/2001 1650

---

Chart Group: O/Discharge Summary
Thu, 07/12/2001 00:00
    Unscheduled Discharge Summary
    Event Time: Thu, 12 Jul 01  0000

Thu, 19 Jul 01   0648

    Physician       : Richard A Marshall, MD
    MD/Res/PA/NP    : Carol Couts, MD
    Dictation D/T   : Thu, 12 Jul 2001  0000
    Report          :
                    ADMIT DATE:      07/11/2001
                    DISCHARGE DATE:  07/12/2001

                    SERVICE
                    Oklahoma University College of Medicine Tulsa Internal Medicine.

                    ATTENDING:  Richard Marshall, M.D.

                    RESIDENTS
                    1.  John D. Broughton, M.D.
                    2.  Carole Couts, M.D.

                    HISTORY
                    This is a 50-year-old white male, who was admitted for nausea and
                    generalized weakness and achiness times one day.  The patient felt
                    that he may have been exposed to toxic chemical.  He awakened with
                    the same symptoms as his son after working three days downwind of a
                    company that had a toxic chemical leak.  The patient had nausea,
                    generalized weakness, and achiness with headache.  No vomiting, no
                    abdominal pain, and no discolored urine.  He was admitted to Saint
                    Francis Hospital and watched for 24 hours and the following
                    laboratories were drawn on him--complete blood count every 12 hours
                    and a Chem-14 every 12 hours and a plasma hemoglobin every 12 hours
                    and a serum heptoglobin every 12 hours and urinalysis every 12 hours.
                    The patient's urinalyses were both within normal limits and the rest
                    of his laboratories were essentially normal.  The patient's symptoms
                    improved since admission with milder headache, milder nausea, and was
                    feeling less weak.  His vital signs were stable and his urine was
                    negative for hemoglobin.  This was after being treated with
                    intravenous fluids of normal saline and tolerating a regular diet.
                    The patient was discharged to home on July 12, 2001, in stable
                    condition and given instructions to seek medical attention if his
                    condition worsened, if the symptoms returned, if he experienced
                    abdominal pain or if his urine became discolored.  He was also
                    instructed to follow up with the Oklahoma University College of
                    Medicine Tulsa Internal Medicine Clinic and was given a number to
                    call and make that appointment once he was discharged.


                    RICHARD MARSHALL, M.D.


                    Dictated By: CAROLE COUTS, M.D.

                                                                    JLJ 00002


        Job #: 4670

Printed on 09/10/2002 by Dixon,Nancy G          Requested by:RICHAR
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS
Jones,Jay L                                  Visit#:  5936331

**EXHIBIT**

E

Tue, 10 Sep 02   0849                                                    Page    2 o

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/Discharge Summary -- continued
Unscheduled Discharge Summary -- cont'd
                    TR: 270
                    Template: 1

                    Name: JONES, JAY
                    MR#: 20313640
                    Visit #:
                    Room #:
                    Date of Admission: 07/11/2001
                    Date of Discharge: 07/12/2001
                    Physician: RICHARD MARSHALL, M.D.   3409
                    Report: DISCHARGE SUMMARY   DS1

JLJ 00003

Printed on 09/10/2002 by Dixon,Nancy G              Requested by:RICHARDSON STOOPS RICHAR
       THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
          LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                        Visit#:  5936331       MR#:20313640     v5



Tue, 10 Sep 02   0849                                              Page    3

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/H&P
Wed, 07/11/2001 00:00
   History and Physical
          Physician        : Richard A Marshall, MD
          MD/Res/PA/NP     : Carol Couts, MD
          Dictation D/T    : Thu, 12 Jul 2001  2207
          Report           : DATE OF ADMISSION:  07/11/01

                            CHIEF COMPLAINT:
                            Nausea, generalized weakness, and achiness times one day

                            HISTORY OF PRESENT ILLNESS:
                            This 50-year-old white male complained of one day of naus
                            generalized weakness, and achiness with a headache.  The
                            patient awakened with these symptoms this morning, July 1
                            2001, but went to work.  The patient felt worse through t
                            morning and went home to rest.  He had no vomiting and no
                            abdominal pain.  No discolored urine.  The patient report
                            to Saint Francis Hospital Emergency Department when he fo
                            out that he may have had a toxic exposure at work.  The
                            patient and his son were laying floor covering downwind o
                            the company that reportedly had a toxic leak.  The patien
                            had been working there for three days and the patient als
                            reported that his son awakened with similar symptoms on J
                            11, 2001.

                            ALLERGIES:  No known drug allergies.

                            MEDICATIONS:
                            He takes Tylenol occasionally for sinus headache.

                            SMOKING HISTORY:
                            One and a half packs per day times 30 years.

                            PAST MEDICAL HISTORY:  Noncontributory.

                            PAST SURGICAL HISTORY:
                            In 1998, he had sinus surgery at Saint John Medical Cente
                            and he also had knee surgery at Saint John Medical Center
                            eight to ten years ago for a torn cartilage.

                            SOCIAL HISTORY:
                            The patient drinks alcohol socially only, occasionally on
                            weekends.  He is married.  Occupation is a floor covering
                            contractor.

                            FAMILY HISTORY:
                            Mother had breast cancer.  Father is alive and well.  He I
                            one brother who is alive and well and two children who ar
                            alive and well.

                            REVIEW OF SYSTEMS:
                            CONSTITUTIONAL:  No fevers, sweats, or chills.  No fatigue
                            anorexia, or weight loss over 5 pounds.
                            SKIN:  No rashes.
                            EYES:  No dry eyes or eye irritation.
                            EARS/NOSE/MOUTH/THROAT:  No earaches.  No allergies.  No c
                            mouth, ulcers, or sore throat.  The patient still has sinu
                            headaches since he has had the surgery and he does snore.
                            CARDIOVASCULAR:  No chest pain or palpitations.  No swelli
                            of the ankles.
                            RESPIRATORY:  No hemoptysis.  No wheezing.  No shortness c
                            breath.  No dyspnea on exertion.  He does have a smoker's
                            cough.
                            GASTROINTESTINAL:  No difficulty swallowing.  No recent
                            nausea or vomiting before yesterday.  No recent abdominal
                            pain.  He does have occasional heartburn.
                            GENITOURINARY:  No frequency, difficult, or painful urinat

Printed on 09/10/2002 by Dixon,Nancy G              Requested by:RICHARDSON STOOPS RICHA
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
          LAW, UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                             Visit#:  5936331          MR#:20313640      v5
                                                                   JLJ 00004

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/H&P -- continued
History and Physical -- cont'd

MUSCULOSKELETAL:  No muscle aches, arthralgia, or arthri
NEUROLOGICAL:  No unusual dizziness, faintness, or loss
consciousness.  No focal weakness or numbness.  He does
an occasional headache.
PSYCHIATRIC:  No history of anxiety disorder or depressi
ENDOCRINE:  No polydipsia.  No polyuria.  No fatigue.
HEMATOLOGIC/LYMPHATICS:  No paleness.  No night sweats.
fever or chills.  No fatigue.

PHYSICAL EXAMINATION:
GENERAL:  The patient is alert and cooperative sitting u
bed.  He appears his stated age, which is 50.
VITAL SIGNS:  On admission, temperature 36.9, pulse 105,
respirations 16, blood pressure 150/96.
EYES:  Normal conjunctivae and lids.  The pupils are equa
round, reactive to light and accommodation.  The extraoc
movements are intact.
EARS/NOSE/MOUTH/THROAT:  Oral mucosa is pink and moist.
There are no lesions.
NECK:  Normal neck.  No adenopathy.  Normal thyroid.  No
bruits.  No jugular venous distention.
LYMPHATICS:  No neck, supraclavicular, axillary, or groin
adenopathy.
SKIN:  No rashes, lesions, or ulcers.  Skin is warm and d
Capillary refill brisk.
LUNGS:  Expansion and respiratory effort normal.  Normal
auscultation.  Lungs are clear and equal bilaterally.
HEART:  Regular rate and rhythm.  S1 and S2 normal.  No
murmur.  Normal carotid arteries two-plus bilaterally.  N
pedal edema or varicosities.
ABDOMEN:  No tenderness or masses.  Liver and spleen are
felt.  No hernias.
MUSCULOSKELETAL:  Normal gait and station.  Normal digits
Normal muscle strength and tone.  Normal range of motion.
NEUROLOGICAL:  Normal cranial nerves III-XII.  Normal dee
tendon reflexes.  Normal sensation.  Normal motor.  Norma
gait.  Normal cerebellar.
PSYCHIATRIC:  The patient is alert and oriented times thr
Normal mood and affect.

LABORATORY DATA:
First complete blood count on admission:  White count 5.3
hemoglobin 15.9; hematocrit 48.1; platelet count 198,000.
Second complete blood count:  White count 5.6; hemoglobin
15.7; hematocrit 47.1; platelet count 200,000.  Chem8 on
admission:  Sodium 144; potassium 3.7; cholesterol 112;
carbon dioxide 26; blood urea nitrogen 13; creatinine 1.2
glucose 109; calcium 8.2.  Total protein 6.2; albumin 4.0
total bilirubin 0.5; alkaline phosphatase 66; AST 15; ALT
25.  Plasma hemoglobin was 14.1 on admission and haptoglo
was 195.  Urinalysis was within normal limits times two.
Second Chem14 12 hours later:  Sodium 144; potassium 3.6;
chloride 112; carbon dioxide 26; blood urea nitrogen 13;
creatinine 1.1; glucose 103; calcium 8.3.  Total protein
albumin 4.2; total bilirubin 0.3; alkaline phosphatase 65
AST 18; ALT 25.  The 12-hour plasma hemoglobin was 10.1 a
12-hour haptoglobin was 213.

RESIDENT ASSESSMENT:
A 50-year-old white male who woke up yesterday with nause
headache, and achiness after working two days in a buildi
next to a company reported to have a toxic leak.  The pat
reports to Saint Francis Hospital to be checked for exposu
to the toxic leak.  Symptoms have improved since admission
with headache milder, nausea milder, and he is feeling le

Printed on 09/10/2002 by Dixon,Nancy G          Requested by:RICHARDSON STOOPS RICH
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STA
LAW.  UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                              Visit#:   5936331        MR#:20313640    v
                                                                  ILJ 00005

Tue, 10 Sep 02   0849                                              Page   5

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/H&P -- continued
History and Physical -- cont'd
weak.  Vital signs have been stable and the urine has bee
negative for hemoglobin.  The patient has been on intrave
fluids of normal saline and tolerating a regular diet.

PLAN:
Plan is to discharge to home.  The patient was instructed
seek medical attention if symptoms return and/or if he
notices discoloration of urine or abdominal pains.  The
patient is to follow up at the University of Oklahoma Col
of Medicine Tulsa Internal Medicine Clinic.


RICHARD MARSHALL, M.D.

DICTATED BY:  CAROL COUTS, M.D.
Electronic Signature by: Richard A Marshall, MD

Printed on 09/10/2002 by Dixon,Nancy G             Requested by:RICHARDSON STOOPS RICHA
   THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
      LAW.  UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                Visit#:  5936331        MR#:20313640      v5

JLJ 00006

Tue, 10 Sep 02   0849                                                    Page   6 o

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block
Wed, 07/11/2001 17:32

    Wed, 11Jul 1732 Pre-Defined Orders

            1.   New Order for Observation ... Case Management
                 Referral
                 When    : Wednesday, 11 July 01  1732
                 Reason  : Observation Admit Referral

            2.   New Order for  Mini Admission Assessment - Med/Surg
                 When         : Wednesday, 11 July 01  1732
        #1  12 Jul 01  0238 noted by Iwerebor,Margaret N RN
        #2  12 Jul 01  0238 noted by Iwerebor,Margaret N RN
        ----------------------------------------------------------------

Printed on 09/10/2002 by Dixon,Nancy G              Requested by:RICHARDSON STOOPS RICHA
     THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
          LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                         Visit#:  5936331       MR#:20313640     v5
                                                                          JLJ 00007



Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block -- continued
Wed, 07/11/2001 21:00

Wed, 11Jul 2100 Written Orders by William H Bickell, MD

1.  New Order for Vital Signs
    When          : q4h scheduled at default 0100/0500/0900/1300/1700/2100
    DC Time       : indefinite
    Entered by Sydney Spradling, CS at 11 Jul 01   2101

2.  New Order for Wellness Diet
    Diet Type(s)              : cardiac diets
    Cardiac Diets             : lo chol, lo sat fat, nas
    Frequency                 : qmeal
    Entered by Sydney Spradling, CS at 11 Jul 01   2101

3.  New Order for CBC with Differential
    When                      : Wednesday, 11 July 01   2102   STAT then
                                q12h x2
    Specimen                  : Blood - EDTA 5mL draw (PRNCND)
    Collect Method            : venipuncture
    Entered by Sydney Spradling, CS at 11 Jul 01   2102

4.  New Order for Chemistry 14 Panel
    When                      : Wednesday, 11 July 01   2102   STAT then
                                q12h x2
    Specimen                  : Blood - Heparin PST (GRCD)
    Entered by Sydney Spradling, CS at 11 Jul 01   2102

5.  New Order for Quantitative Hemoglobin
    When                      : Wednesday, 11 July 01   2102   STAT then
                                q12h x2
    Specimen                  : Blood - Heparin PST (GRCD)
    Entered by Sydney Spradling, CS at 11 Jul 01   2102

6.  New Order for Haptoglobin
    When                      : Wednesday, 11 July 01   2102   STAT then
                                q12h x2
    Specimen                  : Blood - Serum No SST (RDCD)
    Entered by Sydney Spradling, CS at 11 Jul 01   2102

7.  New Order for CC UA
    When                      : Wednesday, 11 July 01   2103   STAT then
                                q12h x2
    Specimen                  : Urine - Clean Catch
    Entered by Sydney Spradling, CS at 11 Jul 01   2103

8.  New Order for Culture, Blood Hold Tube
    When                      : Wednesday, 11 July 01   2100   STAT
    Specimen                  : Hold Blood Culture Set
    Entered by Sydney Spradling, CS at 11 Jul 01   2103

9.  New Order for I&O ( Intake and Output)
    When          : q8h scheduled at 0600/1400/2200
    Entered by Sydney Spradling, CS at 11 Jul 01   2228
    #1   12 Jul 01   0238 noted by Iwerebor,Margaret N RN
    #2   12 Jul 01   0238 noted by Iwerebor,Margaret N RN
    #3   12 Jul 01   0237 noted by Iwerebor,Margaret N RN
    #4   12 Jul 01   0237 noted by Iwerebor,Margaret N RN
    #5   12 Jul 01   0237 noted by Iwerebor,Margaret N RN
    #6   12 Jul 01   0237 noted by Iwerebor,Margaret N RN
    #7   12 Jul 01   0237 noted by Iwerebor,Margaret N RN
    #8   12 Jul 01   0236 noted by Iwerebor,Margaret N RN
    #9   12 Jul 01   0234 noted by Iwerebor,Margaret N RN
    --------------------------------------------------------------------

Printed on 09/10/2002 by Dixon,Nancy G            Requested by:RICHARDSON STOOPS RICHA
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
      LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                              Visit#:  5936331        MR#:20313640        v5

JLJ 00008



Tue, 10 Sep 02   0849                                                    Page    8

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

    Chart Group: N/Order Block -- continued
Wed, 07/11/2001 21:03

    Wed, 11Jul 2103 Direct Orders by Sydney Spradling, CS

        1.   New Order for Interdisciplinary Education Record:
             Reason          : patient education
             Instructing Dept: Inpatient Nursing
             When            : teach
             /signed/ Sydney Spradling, CS at 11 Jul 01   2103

        2.   New Order for Daily Hygiene/Bed Type
             When            : qd scheduled at 0900
             /signed/ Sydney Spradling, CS at 11 Jul 01   2103

        3.   New Order for Shift Asmt - SNF
             When            : q8h scheduled at 0000/0800/1600 start at Thursday, 12 July
                               01   am
             /signed/ Sydney Spradling, CS at 11 Jul 01   2103

        4.   New Order for Allergy/Ht/Wgt + VS
             When            : Wednesday, 11 July 01   2103
             /signed/ Sydney Spradling, CS at 11 Jul 01   2103
    #1   12 Jul 01   0234 noted by Iwerebor,Margaret N RN
    #2   12 Jul 01   0234 noted by Iwerebor,Margaret N RN
    #3   12 Jul 01   0234 noted by Iwerebor,Margaret N RN
    #4   12 Jul 01   0234 noted by Iwerebor,Margaret N RN
    -----------------------------------------------------------------------------

Wed, 07/11/2001 21:06

    Wed, 11Jul 2106 Pre-Defined Orders

        1.   New Order for Allergy Verification
             When            : Thursday, 12 July 01   0106
    #1   12 Jul 01   0234 noted by Iwerebor,Margaret N RN
    -----------------------------------------------------------------------------

Thu, 07/12/2001 16:50

    Thu, 12Jul 1650 Written Orders by John D. Broughton, MD

        1.   New Order for Discharge Patient - IP/OV/OP/EP
             Disch Disposition : home
             When            : Thursday, 12 July 01   ROUT
             Entered by Loretta G Hill, CS at 12 Jul 01   1658
    #1   12 Jul 01   1720 noted by McCarty,Victorine M RN
    -----------------------------------------------------------------------------

JLJ 00009



Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/Order Block -- continued
Thu, 07/12/2001 18:59

```
#1     Related Action: 11Jul01 1732 original
#2     Related Action: 11Jul01 2103 original
#3     Related Action: 11Jul01 2100 original
#4     Related Action: 11Jul01 2103 original
#5     Related Action: 11Jul01 2100 original
#6     Related Action: 11Jul01 1732 original
#7     Related Action: 11Jul01 2100 original
#8     Related Action: 11Jul01 2100 original
#9     Related Action: 11Jul01 2100 original
#10    Related Action: 11Jul01 2100 original
#11    Related Action: 11Jul01 2100 original
#12    Related Action: 11Jul01 2100 original
#13    Related Action: 11Jul01 2103 original
```

JLJ 00010

Tue, 10 Sep 02   0849                                                    Page   10 of

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/All Nursing
Wed, 07/11/2001 17:30
    Vital Signs
            Temp                    : 36.4 C (97.5 F)
            Pulse                   : 90
            Resp                    : 16
            BP                      : 131/91
        Electronic Signature by: Linda A. Tibbs, NT

Wed, 07/11/2001 17:30
    Allergy/Ht/Wgt
    Allergy/Ht/Wgt
            Allergy-Med             : unable to obtain allergy info
            Allergy-Latex/Oth       : unable to obtain allergy info
            Initial Weight          : 81.6 kg (179lbs 14oz)
            Height                  : 173 cm (5'8", 68 in)
            BSA                     : 1.96 m2
        Electronic Signature by: Linda A. Tibbs, NT

Wed, 07/11/2001 17:30
    Allergy/Ht/Wgt + VS
    Allergy/Ht/Wgt + VS
            Allergy-Med             : unable to obtain allergy info
            Allergy-Latex/Oth       : unable to obtain allergy info
            Initial Weight          : 81.6 kg (179lbs 14oz)
            Height                  : 173 cm (5'8", 68 in)
            BSA                     : 1.96 m2
            Vital Signs             : T: 36.4 C (97.5 F) P: 90 R: 16 BP: 131/91   mmHg
        Electronic Signature by: Linda A. Tibbs, NT

Wed, 07/11/2001 20:00
    Vital Signs
            Temp                    : 36.8 C (98.2 F)
            Pulse                   : 75
            Resp                    : 16
            BP                      : 112/68
        Electronic Signature by: Linda A. Tibbs, NT

Wed, 07/11/2001 22:00
    I&O ( Intake and Output)
            Oral/PO                 : 790 mL
            Void                    : 800  mL
        Electronic Signature by: Linda A. Tibbs, NT

Thu, 07/12/2001 01:00
    Vital Signs
            Temp                    : 36.9 C (98.4 F)
            Pulse                   : 65
            Resp                    : 18
            BP                      : 113/67
        Electronic Signature by: Julie U Shubitowski, RN

Thu, 07/12/2001 05:00
    Vital Signs
            Temp                    : 36.2 C (97.2 F)
            Pulse                   : 70
            Resp                    : 16
            BP                      : 99/73
        Electronic Signature by: Julie U Shubitowski, RN

Thu, 07/12/2001 05:55
    I&O ( Intake and Output)
            Oral/PO                 : 200 mL
            Void                    : 500  mL
            Comment                 : URINE VIA DIPSTICK NEGATIVE FOR  BLOOD
        Electronic Signature by: Julie U Shubitowski, RN                    JLJ 00011

Printed on 09/10/2002 by Dixon,Nancy G                Requested by:RICHARDSON STOOPS RICHARD
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                      Visit#:  5936331      MR#:20313640      v5



Tue, 10 Sep 02  0849                                                    Page  11 of

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/All Nursing -- continued
Thu, 07/12/2001 07:09
    Vital Signs
            Temp                  : 36 C (97 F)
            Pulse                 : 90
            Resp                  : 18
            BP                    : 129/81
        Electronic Signature by: Patricia A. Chavous, NT

Thu, 07/12/2001 08:00
    Shift Asmt - SNF
    Shift Asmt - SNF
            LOC                   : alert,oriented x 4
            Behavior              : no problems noted
            Fall Risk Factor      : Hx falls: no Functn Defct: weakness Dizzy/Vertg/Post Hypo:
                                        none noted Confusion/Disorientation: none noted Alter
                                        Elim: no problem Impair Cogn: no Sensory Defct: no CA:
                                        no Gait Disturb: no Meds: no medications identified
            Fall Risk Status      : low risk
            Cardiovascular        : regular rhythm/pulse
            Breathing Pattrn      : clear
            Resp Character        : normal
            Oxygen Therapy        : room air
            Incen Spirometry      : not applicable
            Cough                 : none
            Abd Character         : abdomen soft, bowel sounds present in all quadrants
            Incision/Wound        : not applicable
            Pain Assmnt           : Level: No pain (Level 0) Scale: number
            IV Check              : infusing peripheral line Site: left hand Descriptn: no
                                        redness/pain/edema Drsg: clean, dry and intact and
                                        occlusive
            Homan's               : negative
            Activity              : up ad lib
            N&V/Dry Mouth         : no complaints noted/reported
            Bowel/Bladder         : no problems noted/reported
            Skin Descriptn        : color normal, warm & dry to touch, intact
            Pressure Ulcer        : none noted/reported
            Bruise/Rash/oth       : none noted/reported
            Transport Methd       : wheelchair
        Electronic Signature by: Victorine M McCarty, RN

Thu, 07/12/2001 08:18
    Allergy Verification
    Allergy Verification
            Allergy - Med         : no known drug allergies
            Allergy - Latex/Oth: no latex allergy
        Electronic Signature by: Margaret N Iwerebor, RN

Thu, 07/12/2001 11:09
    Vital Signs
            Temp                  : 36 C (97 F)
            Pulse                 : 66
            Resp                  : 18
            BP                    : 118/77
        Electronic Signature by: Patricia A. Chavous, NT

Thu, 07/12/2001 13:22
    I&O ( Intake and Output)
            Oral/PO               : 1000 mL
            Void                  : 1075  mL
        Electronic Signature by: Patricia A. Chavous, NT

JLJ 00012

Printed on 09/10/2002 by Dixon,Nancy G                Requested by:RICHARDSON STOOPS RICHARD
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                          Visit#:  5936331      MR#:20313640      v5

Tue, 10 Sep 02   0849                                                    Page   12

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/All Nursing -- continued
Thu, 07/12/2001 15:45
    Shift Asmt - SNF
    Shift Asmt - SNF
                LOC                 : alert,oriented x 4
                Behavior            : no problems noted
                Fall Risk Factor    : Hx falls: no Functn Defct: weakness Dizzy/Vertg/Post Hypo
                                        none noted Confusion/Disorientation: none noted Alte
                                        Elim: no problem Impair Cogn: no Sensory Defct: no C
                                        no Gait Disturb: no Meds: no medications identified
                Fall Risk Status    : low risk
                Cardiovascular      : regular rhythm/pulse
                Breathing Pattrn    : clear
                Resp Character      : normal
                Oxygen Therapy      : room air
                Incen Spirometry    : not applicable
                Cough               : none
                Abd Character       : abdomen soft, bowel sounds present in all quadrants
                Incision/Wound      : not applicable
                Pain Assmnt         : Level: No pain (Level 0) Scale: number
                IV Check            : infusing peripheral line Site: left hand Descriptn: no
                                        redness/pain/edema Drsg: clean, dry and intact and
                                        occlusive
                Homan's             : negative
                Activity            : up ad lib
                N&V/Dry Mouth       : no complaints noted/reported
                Bowel/Bladder       : no problems noted/reported
                Skin Descriptn      : color normal, warm & dry to touch, intact
                Pressure Ulcer      : none noted/reported
                Bruise/Rash/oth     : none noted/reported
                Transport Methd     : wheelchair
        Electronic Signature by: Victorine M McCarty, RN

Thu, 07/12/2001 16:06
    Vital Signs
                Temp                : 35.8 C (96.4 F)
                Pulse               : 71
                Resp                : 18
                BP                  : 136/82
        Electronic Signature by: Patricia A. Chavous, NT

JLJ 00013

Printed on 09/10/2002 by Dixon,Nancy G            Requested by:RICHARDSON STOOPS RICHA
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                      Visit#:  5936331      MR#:20313640      v5

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: D/Food Services

Thu, 07/12/2001 08:39
    Wellness Diet
            Meal Taken            : 80-99%
        Electronic Signature by: Patricia A. Chavous, NT

Thu, 07/12/2001 12:35
    Wellness Diet
            Meal Taken            : 80-99%
        Electronic Signature by: Patricia A. Chavous, NT

JLJ 00014

Printed on 09/10/2002 by Dixon,Nancy G            Requested by:RICHARDSON STOOPS RICHAR
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW.  UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                        Visit#:  5936331        MR#:20313640      v5

Tue, 10 Sep 02  0849                                                Page  14

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory
Wed, 07/11/2001 21:30
   Culture, Blood Hold Tube                              Status: complete
            Collection Time: 11 Jul 01  2130
            Specimen       : Bld Cult(1697692)

         Note:           : this event is used to track the "hold tube" request.
      Electronic Signature by: Rebecca K. Balser

Wed, 07/11/2001 21:30
   CBC with Differential                                 Status: complete
            Collection Time: 11 Jul 01  2130
            Specimen       : Blood(1697692)

      WBC   (K/cmm)   : 5.3     (4.9 - 10.5)
      RBC   (M/cmm)   : 5.49    (3.91 - 5.83)
      Hgb   (g/dL)    : 15.9    (12.7 - 16.6)
      Hct      (%)    : 48.1    (36.5 - 49.2)
      MCV (cu mic)    : 87.6    (85.5 - 97.3)
      MCHC  (g/dL)    : 33.0    (32.4 - 34.9)
      RDW      (%)    : 12.1    (9.9 - 14.7)
      Plt   (K/cmm)   : 198     (145 - 330)
      MPV (cu mic)    : 9.6     (6.6 - 10.5)
      Lymph    (%)    : 31      (11 - 45)
      Mono     (%)    : 6       (4 - 13)
      Gran     (%)    : 61      (44 - 75)
      Eos      (%)    : 2       (0 - 9)
      Baso     (%)    : 0       (0 - 1)
      Electronic Signature by: Melissa Carpenter

Wed, 07/11/2001 21:30
   Chemistry 14 Panel                                    Status: complete
            Collection Time: 11 Jul 01  2130
            Specimen       : Plasma(1697692)

      Gluc     (mg/dL): 109     (70 - 110)
      BUN      (mg/dL): 13      (5 - 25)
      Creat    (mg/dL): 1.2     (0.7 - 1.5)
      CO2      (mmol/L): 26     (24 - 32)
      Cl       (mmol/L): 112    (96 - 112)
      Na       (mmol/L): 144    (135 - 146)
      K        (mmol/L): 3.7    (3.5 - 5.0)
      Ca       (mg/dL): 8.2     (8.5 - 10.7)
      TP       (g/dL): 6.2      (6.0 - 8.0)
      Alb      (g/dL): 4.0      (4.1 - 5.3)
      T Bili   (mg/dL): 0.5     (0.3 - 1.2)
      Alk Phos  (U/L): 66       (37 - 107)
      GOT (AST) (U/L): 15       (8 - 42)
      GPT (ALT) (U/L): 25       (7 - 40)
      Electronic Signature by: Tracy L. Huffman

Wed, 07/11/2001 21:30
   Quantitative Hemoglobin                               Status: complete
            Collection Time: 11 Jul 01  2130
            Specimen       : Plasma(1697692)

         Plasma Hgb (mg/: 14.1 (0.0 - 10.4)
         Electronic Signature by: Karen S. Deibel

Wed, 07/11/2001 21:30
   Haptoglobin                                           Status: complete
            Collection Time: 11 Jul 01  2130
            Specimen       : Serum(1697692)

         Haptoglob (mg/d: 195     (22 - 200)
         Electronic Signature by: Patricia R. McCoy               JLJ 00015

Printed on 09/10/2002 by Dixon,Nancy G          Requested by:RICHARDSON STOOPS RICHA
   THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STAT
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                              Visit#:  5936331     MR#:20313640     v5

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued
Thu, 07/12/2001 02:45
  CC UA                                                    Status: complete
          Collection Time: 12 Jul 01  0245
          Specimen        : ClnCatch(1698327)

          Color           : yellow
          Clarity         : clear
          Glucose         : negative   (negative)
          pH              : 5.0        (5.0-8.5)
          Ketones         : negative   (negative)
          Protein         : negative   (negative)
          Bilirubin       : negative   (negative)
          Blood           : negative   (negative)
          Urobilin        : 0.2        (<1.0)
          Sp Gravity      : 1.015      (1.005-1.030)
          Leuk Esterase   : negative   (negative)
          Nitrite         : negative   (negative)
        Electronic Signature by: Susan J. Steele

  Thu, 07/12/2001 09:26
    CC UA                                                  Status: complete
          Collection Time: 12 Jul 01  0926
          Specimen        : ClnCatch(1698906)

          Color           : straw
          Clarity         : clear
          Glucose         : negative   (negative)
          pH              : 5.0        (5.0-8.5)
          Ketones         : negative   (negative)
          Protein         : negative   (negative)
          Bilirubin       : negative   (negative)
          Blood           : negative   (negative)
          Urobilin        : 0.2        (<1.0)
          Sp Gravity      : 1.009      (1.005-1.030)
          Leuk Esterase   : negative   (negative)
          Nitrite         : negative   (negative)
        Electronic Signature by: Cynthia M. Franklin

  Thu, 07/12/2001 10:21
    CBC with Differential                                  Status: complete
          Collection Time: 12 Jul 01  1021
          Specimen        : Blood(1698647)

          WBC   (K/cmm)   : 5.6      (4.9 - 10.5)
          RBC   (M/cmm)   : 5.35     (3.91 - 5.83)
          Hgb   (g/dL)    : 15.7     (12.7 - 16.6)
          Hct      (%)    : 47.1     (36.5 - 49.2)
          MCV (cu mic)    : 88.0     (85.5 - 97.3)
          MCHC  (g/dL)    : 33.3     (32.4 - 34.9)
          RDW      (%)    : 12.1     (9.9 - 14.7)
          Plt   (K/cmm)   : 200      (145 - 330)
          MPV (cu mic)    : 9.6      (6.6 - 10.5)
          Lymph    (%)    : 38       (11 - 45)
          Mono     (%)    : 8        (4 - 13)
          Gran     (%)    : 51       (44 - 75)
          Eos      (%)    : 2        (0 - 9)
          Baso     (%)    : 1        (0 - 1)
        Electronic Signature by: Sandra E. Duncan

JLJ 00016

Printed on 09/10/2002 by Dixon,Nancy G              Requested by:RICHARDSON STOOPS RICHARD
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
      LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Jones,Jay L                                    Visit#:  5936331        MR#:20313640      v5



Tue, 10 Sep 02   0849                                                      Page   16 o

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued
Thu, 07/12/2001 10:21
    Chemistry 14 Panel                                             Status: complete
            Collection Time: 12 Jul 01   1021
            Specimen        : Plasma(1698647)

            Gluc     (mg/dL): 103      (70 - 110)
            BUN      (mg/dL): 13       (5 - 25)
            Creat    (mg/dL): 1.1      (0.7 - 1.5)
            CO2      (mmol/L): 26      (24 - 32)
            Cl       (mmol/L): 112     (96 - 112)
            Na       (mmol/L): 144     (135 - 146)
            K        (mmol/L): 3.6     (3.5 - 5.0)
            Ca       (mg/dL): 8.3      (8.5 - 10.7)
            TP       (g/dL): 6.1       (6.0 - 8.0)
            Alb      (g/dL): 4.2       (4.1 - 5.3)
            T Bili   (mg/dL): 0.3      (0.3 - 1.2)
            Alk Phos (U/L): 65         (37 - 107)
            GOT (AST) (U/L): 18        (8 - 42)
            GPT (ALT) (U/L): 25        (7 - 40)
        Electronic Signature by: Patricia L. Wicks

Thu, 07/12/2001 10:21
    Quantitative Hemoglobin                                        Status: complete
            Collection Time: 12 Jul 01   1021
            Specimen        : Plasma(1698647)

            Plasma Hgb (mg/: 10.1 (0.0 - 10.4)
        Electronic Signature by: Keith G. McMillin

Thu, 07/12/2001 10:21
    Haptoglobin                                                    Status: complete
            Collection Time: 12 Jul 01   1021
            Specimen        : Serum(1698647)

            Haptoglob (mg/d: 213     (22 - 200)
        Electronic Signature by: Patricia R. McCoy

JLJ 00017

Tue, 10 Sep 02  0849                                                    Page  17 o

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: N/TEC
Thu, 07/12/2001 08:18
    Allergy Verification
    Allergy Verification
            Allergy - Med      : no known drug allergies
            Allergy - Latex/Oth: no latex allergy
        Electronic Signature by: Margaret N Iwerebor, RN

JLJ 00018

JARRAD SCOTT GARRISON

Page 1

THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TULSA

DOUG INGRAM, et al.,                    )
                                        )
            Plaintiffs,                 )
vs.                                     )  No. CJ-2001-438
                                        )
AIR PRODUCTS and CHEMICALS, INC.,       )
a Delaware corporation, SOLKATRONIC     )
CHEMICAL, INC., a Delaware              )
Corporation;  CITY OF TULSA-ROGERS      )
COUNTY PORT AUTHORITY, JARRAD           )
GARRISON, an individual; JEFF R.        )
HARRIS, an individual, and EDWARD       )
O'CONNELL, an individual,               )
                                        )
            Defendants.                 )

DEPOSITION OF JARRAD SCOTT GARRISON

TAKEN ON OCTOBER 11, 2002

TAKEN AT 6555 SOUTH LEWIS

TULSA, OKLAHOMA

---------------------------------------------------------

MAIN OFFICE                          CONFERENCE CENTER
1920 SOUTH GARY PLACE                3131 NW EXPRESSWAY
TULSA, OK  74104                     OKLAHOMA CITY, OK 73112
(918) 583-5520                       (405) 232-5113

        REPORTED BY:  KELLY BRYANT, CSR, RPR
---------------------------------------------------------

BRYANT REPORTING & VIDEO
BRYANTRPTG@AOL.COM

EXHIBIT

F



JARRAD SCOTT GARRISON

Page 2

                    A P P E A R A N C E S
MR. KEITH A. WARD
Richardson, Stoops, Richardson & Ward
The Richardson Building
6555 South Lewis Avenue, Suite 200
Tulsa, Oklahoma 74136-1010
(918) 492-7674

            COUNSEL FOR PLAINTIFF

JOHN H. TUCKER
Rhodes, Hieronymus, Jones, Tucker &
  Gable, P.L.L.C.
Oneok Plaza
100 West 5th Street, Suite 400
Tulsa, Oklahoma 74103
(918) 582-1173

        COUNSEL FOR JARRAD GARRISON

MR. STEVEN J. ADAMS
Fellers, Snider, Blakenship,
  Bailey & Tippens, P.C.
Attorneys & Counsellors at Law
Oneok Plaza
100 West 5th Street, Suite 200
Tulsa, Oklahoma  74103-4240
(918) 699-2900
        COUNSEL FOR ROGER COUNTY AUTHORITY
MR. MARK ANTINORO
Attorney at Law
Taylor, Burrage, Foster,
  Mallett, Downs & Ramsey
400 West 4th Street
P.O. Box 309
Claremore, Oklahoma  74018
(918) 343-4100

        COUNSEL FOR PORT AUTHORITY

ALSO PRESENT:  Ms. Candy Smith



JARRAD SCOTT GARRISON

Page 45

what it was at that time.

Q. How long before you found out it was arsine?

A. Probably before -- about 1:30ish.  I'm not sure what time.

Q. How long after the explosion?

A. It wasn't an explosion.

Q. You said you heard a loud pop or something?

A. That was the loud rush of gas pushing about.

Q. Okay.  What do you want to call it?  When you heard the loud release, how long after that was it when you determined it was arsine?

A. I determined it was arsine when I sent my emergency response team in.

Q. How long after hearing it was that?

A. I would say it was within that hour.  I don't remember the time.  My first reaction was to get people to the muster points, then go back and check what's going on, count heads, make sure everybody's accounted for.

Q. What other gases besides arsine were in the cylinders on the dock that day?

A. I had breathing air.  We had Z3MS.  We had argon, nitrogen.  What else was out there?  There were a few other things.  I can't remember.

Q. Are those chemicals you mentioned -- are they



JARRAD SCOTT GARRISON

Page 76

remember all of them by hand, though.

Q. Are there some people in the emergency response team?

A. Yeah, the team.

Q. Do those people have names?

A. That's what I just said. I don't remember all the names.

Q. Do you remember any of the names?

A. I remember who being there was myself, Jeff Hannis, Eugene Nye, Terry Biglan. Kayla was there. I remember Dwayne Meeks being there, but other than that I don't remember.

Q. Do you recall that among other things, the emergency response team tried to piece together the events that happened that day?

A. Yeah. That's what you do after you go -- how you handle those incidents and go through what happened --

Q. All right.

A. -- while it's still fresh on your mind.

Q. Okay. Now, I would like -- I would like to just basically go over this with you and see what parts of it you remember or participated in, if you would, all right?

It starts off there that the cylinder event



JARRAD SCOTT GARRISON

occurred at approximately 1:00 p.m.  Is there any way of pinpointing a time any closer than 1:00 p.m., that you know of?

A.  No.  I just knew it happened around -- at the end of lunchtime.

Q.  Okay.  It says 30 seconds later an alarm went off for hydride.  Did you hear an alarm?

A.  I remember seeing lights.

Q.  Is that alarm you are thinking of, does that refer to a light system or is it an audible system?

A.  It is a -- integrated -- both.

Q.  Both?

A.  Right.

Q.  Did you ever hear it go off that day?

A.  I don't recall.

Q.  All right.

A.  I was going to the new part that wasn't occupied but for contractors, telling them we need to go to the muster point.

Q.  All right.  So did you ever see the light system that day?

A.  I thought I did, but I don't recall.

Q.  If my recollection is correct from Mr. Joseph's deposition, this light system is white, orange, and red or -- is that the right colors?

 

## Catoosa Arsine Emergency Response Events and Critique

Location: Catoosa, OK Manufacturing Facility      Event Date:
July 11, 2001
Company: Solkatronic Chemicals      Revision:
Draft

On July 13, 2001, the Emergency Response Team held a meeting to document the sequence of events that occurred during the Arsine 29L aluminum collector incident. The team focused on two issues:

- Sequence of events
- Areas of improvement
- Responsibilities and Timelines

This document shall be part of the incident investigation team documentation but will be revised separately to ensure corrective actions/recommendations are addressed in a timely manner.

| Sequence of Events / Recommendations | Actions |
|---|---|
| Approx. 1:00 pm – cylinder event occurred | |
| 30 seconds later, alarm went off for Hydride. No | Obtain Alarm Report from Gas sensors and document with Investigation Team – JG 8/3/01 |
| At approx. 1-2 mins – all evacuated to the muster points:<br>- NE corner – Jarrad, Kaila, Kathy, Cathy, Jean ?? & all contractors<br>- ER Shed – all other SC employees<br>- Need Alternate evacuation from roof | Rewrite Site Evacuation SOP, temporary protocol for Contractors, and conduct drill – JJ 8/3/01. |
| Jarrad – moved all after headcount to trailers including contractors, Schumacher, etc. All accounted for 1:11 pm (Jarrad called Hannis)<br>- No escape pak on roof<br>- Alarm for gas sensors not loud enough<br>- HMMP/E Plan – have copies at Shed, not updated<br>- Lighting in AsH₃ Hood for gas alarms not optimal<br>- Panic Buttons – more needed. | Initiate Alternate means of egress from Roof – JJ 8/3/01. W.O.R to increase dB of gas sensor alarms  - JJ 8/3/01. Update HMMP – JJ/JH – 9/1/01 (need to include expansion). W.O.R for increased hood lighting. JJ – 8/3/01. Quote from Sonitrol for additional buttons – 8/10/01. |
| Jarrad sent Will & Eric to see what happened. SCBA & leather gloves. Took radios.<br>- No face mask w/communication devices<br>- Need updated summary of PPE use (Nomex) (Team was 99% confident was AsH₃ – Will thought was TMS b/c side did | Training on new SCOTT communication devices – JH 8/12/01. Provide PPE matrix with ER info and training – JH 8/12/01. |

CONFIDENTIAL PROTECTED COURT ORDER

PLAINTIFF'S EXHIBIT 4

 

Appendix J – Emergency Response Timeline & Critique

| | |
|---|---|
| 99% confident was AsH₃ – Will thought was TMS b/c side did not smell or taste like AsH₃.)<br>- List of ER Bag items<br>- Need to get multiple Nomex in the ER Shed<br>- Get additional equipment for ER Shed<br>- Install additional ER Shed/location at opposite end of plant<br>- Evaluate upsizing ER Shed with capabilities | Provide list of ER Bag items – JH 8/12/01<br>Purchase additional equipment for ER Shed after SOP audit complete – JJ 8/12/01.<br>Evaluate satellite area for ER equipment – JH/JJ 8/16. |
| After Recon, Will & Eric conducted shutdowns<br>- Minimal Shutdown protocol for processes that were running. Eric performed shutdown during incident.<br>- Dewar Room – turned off heat guns - Eric<br>- Noticed CM4 pegged – "failed background"<br>- Shut off one cylinder in Lab in QA - Will | Update all Arsine Safety Training SOPs for Process Shutdown – have employees sign off AND/ OR conduct training for those unclear – 9/1/01. (AsH3 MFG will have certifications conducted week of 7/30/01 and 8/6/01. |

| Sequence of Events / Recommendations | Actions |
|---|---|
| Portable Gas Detection – too much in-doors<br>- Need equipment at Shed | Document in HMMP exact locations of portable equipment. Ensure GMD and Dreager in ER SHED – 8/10/01. |
| Jarrad collecting data & separating people who may have been exposed. First series of employees to hospital. | NA |
| Jarrad debriefed contractors. | NA |
| Fire Department arrived – 1:33 pm – Tulsa – Officer became IC (Tulsa FD #1) | NA |
| Jarrad debriefed IC | NA |
| Determined use of 5502 with FD #1 | Stage 5502 on dock or inside facility for easier access. Ensure is PM'd and under 25 psig of N2 – JG 8/12/01 |
| Then FD #2 arrived, then Tulsa HazMat arrived – Jarrad debriefed all about situation | NA |
| Media arrived (vans, helicopters) – FD made helicopters land | NA |
| Decision to suit up w/Bunker gear to overpack – 2:30 pm (Tulsa HazMat at IC) | NA |
| Ed O'Connell arrived (suited up w/Jarrad & 3 FD) to scene with 5502 | NA |

CONFIDENTIAL PROTECTED COURT ORDER

 

| Sequence of Events / Recommendations | Actions |
|---|---|
| Jarrad sat down, checked overpack (Ed/Tulsa HazMat performed duties) | NA |
| Buttoned up 5502 - 3:00 pm | NA |
| Could not find Regulator<br><br>- Need to ensure all equipment with Inventory & monthly inspection<br>ER truck | Ensure (per SOP) all ER invenlory is on hand. – JG 8/12/01.<br>Provide ER Equipment monthly inspection – JH 8/12/01. |
| Need $O_2$ units in ER Shed | Purchase 10 Oxygen units and place in ER shed and in central indoor location – JG 8/12/01.<br>Schedule FA/CPR training for team members due for training – JG 10/1/01. |
| All through Rehab – $H_2O$/BP/Quesitons – 3:02 pm | Institute Health Questionaire for ER Team before entry / – Ensure responsibility protocol in place for team – JH 8/12/01. |
| FD suited up Gas Detection – 5:00pm – MDA | NA |
| Crisis communications began for statement – 5:30pm<br>- Jarrad read statement to media | NA |
| 3 major networks copied | NA |
| Ed &b Jarrad – SCBA 4:30-5:30pm – check Manufacturing/added $LN_2$/CM4s – still 55 ppb MDA . Laptop/set up shop in Jacques office | NA |
| Jarrad to hospital – 7:30pm | Ensure all associated hospitals involved with the incident have the Matheson and US DOH protocols / have meeting with ER Coordinators to discuss products and protocols – JJ 10/1/01. |
| **Sequence of Events / Recommendations** | **Actions** |
| Issues of evacuation/product knowledge/LEPC, weather alerts | Ensure copies of MSDS' available in ER SHED along with HMMP and Eugenes ER Manual – Install weather station |

CONFIDENTIAL



Appendix J – Emergency Response Timeline & Critique

| | |
|---|---|
| | in shed – JJ 9/15/01. |
| Open communications with other companies for protocols & knowledge of Hazardous Materials & Port of Catoosa ER Plan<br>   -   Dick Voth & Bob Portis | To be determined. |
| MSDS – missing form books – do inventory & ensure all here | JG 8/12/01. |
| Team onsite to check no other cylinders not overfilled | NA |
| EPA arrival – perimeter checked with $AsH_3$ detector | NA |

CONFIDENTIAL<br>PROTECTED BY<br>COURT ORDER

CONFIDENTIAL



# COPY OF TRANSCRIPT

## IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY

### STATE OF OKLAHOMA

DOUG INGRAM, et al. )
)
    Plaintiff, )
)
vs. ) No. CJ-2001-438
)
AIR PRODUCTS AND CHEMICALS, INC., )
a Delaware Corporation; )
SOLKATRONICS CHEMICAL, INC.; )
a Delaware Corporation; )
JARRAD GARRISON, an individual; )
)
    Defendant. )

\* \* \* \* \*

### DEPOSITION OF JOE SUMTER

TAKEN ON BEHALF OF THE DEFENDANT

ON AUGUST 19, 2003, BEGINNING AT 9:10 A.M.

IN TULSA, OKLAHOMA

**APPEARANCES:**

    **MR. JEFF STOOPS**, Attorney at Law, Richardson, Stoops, Richardson & Ward, 6555 South Lewis, Tulsa, Oklahoma, 74136, appearing on behalf of the **PLAINTIFF**.

    **MR. JOHN TUCKER**, Attorney at Law, Rhodes, Heironymus, Jones, Tucker & Gable, 100 W. 5th, Suite 400, Tulsa, Oklahoma, 74103, appearing on behalf of the **DEFENDANT**.

Also Present: MS. CANDY SMITH

REPORTED BY: TAMMIE SHIPMAN, CSR



Oklahoma City, OK
405.272.1006

**Professional Reporters**
COURT REPORTING AND VIDEO SERVICES SINCE 1988
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX 405.272.0559
Corporate Office: 511 Couch Drive · Suite 100 · Oklahoma City, O

Tulsa, OK
918.583.8600

EXHIBIT
G

A    Okay. Me?

Q    Uh-huh. Joe was here. How many guys did you have -- were you lead man at that time?

A    Yeah, I believe I was.

Q    How many guys were you lead man over on that shift?

A    I'm sorry about that. Ten or 12.

Q    Okay. Where were those guys located?

A    On tables.

Q    Anywhere up and down that bay?

A    Yeah. Just mostly down here because our work tables are down here on this end (indicating).

Q    What's the north end of that bay?

A    Grinding area. It's just an open area.

Q    So you weren't in charge of grinders, you weren't lead man of the grinder?

A    Well, yeah. I mean --

Q    Were there some of the men up there grinding?

A    Some of them were, yeah.

Q    What time did you receive any notice that something had happened, that there had been an accident?

A    Probably around 12:45 or so. Something



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1985
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.376.1006    FAX 405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK 73102

like that.

Q    How did you receive notice?

A    My lead man.

Q    Who was your lead man?

A    Jim Hudson.

Q    What did Jim Hudson say?

A    Get out of the building.

Q    Do you know who told Jim Hudson anything that happened?

A    No.

Q    Is that your first notice that anything had happened at Solkatronics?

A    No.

Q    Or anything that happened some place?

A    Yeah.  He just said, "Get out of the building, we need to evacuate the building."

Q    So which door did you-all exit?

A    This one.

Q    You went out the west exit?

A    Yes.

Q    When you got outside, did you smell this gas that you're talking about?

A    No.  I had smelled it right over here by the door again.

Q    Okay.  Where did you first smell it?



Oklahoma City, OK
405.272.1006

Professional Reporters

Tulsa, OK
918.583.8600

REALTIME COURT REPORTING AND VIDEO SERVICES SINCE 1985
E-MAIL : depo@proreporters.com
WEB SITE : www.proreporters.com
800.375.1006    FAX  405.272.0559
Corporate Office: 511 Couch Drive, Suite 100, Oklahoma City, OK  73102



Q.   Eric as you go through these runs was there anything unusual that may have happened as you go through the next run?  The run # 1539?

A.   It was pretty normal times.  Generally the start to stop time is around 30 minutes.  Anywhere from ..... we've had them 25 to 35 or 40 depending on the zinc, I think.  They run through a little bit differently sometimes but no .......................

Q.   When I was out there one of the operators was David Vance.  You guys talk to him?  He has to be interviewed very, very shortly because he has a Doctor's appointment.

We'll get him right there.

Q.   That's very good.  Very straight forward.  So the only unusual one was the first run.

Okay, thanks.


Interview with David Vance:

Eugene        OK, give your name and try to recap, to the best of your memory, what transpired on the 10th or the 11th.

Dave My name is David Vance and I'm an operator.  I came in at 6 am on the 10th July and the shift before us couldn't get our Collector to collect. They had started up at 5:30 AM so they'd been going at it about a half hour, and couldn't figure out why it wasn't collecting.  So we came in and started to problem solve, and see what we could find out, checking for leaks on the flasks, and all the glassware and all the tubing.

Eugene        When you say we; who is we?

Dave Me, Eric and Jeff Chrisman, who's another operator, he's not here today, he was also involved in this.  So we went thru our usual checking of things, things that cause a leak, and couldn't find anything so at one point I said let's change Collectors out and see if we don't have a bad valve or something.  So we switched the Collectors and when I took the Collector that was already in there out of the dewar and replaced it with the other one, I took the one, the one we'd taken out, the original Collector and it had five pounds of product that we assumed was _____.  We put the other cylinder in probably tried to run for 10 minutes, still wasn't collecting, so we knew it wasn't a bad cylinder or cylinder valve, so we went ahead and switched them back out.

Question:     Can you put any time on this?

Dave If I was going to guess, I say probably around 7 o'clock is when they switched the cylinder Collectors to see if that was the problem.

Question:     7 AM?

Question:     And they took the original out, weighed it, and put it back into place.  About what time do you think that might have been?

Dave 7:15 AM

Question:     And that is still the cylinder that is in the dewar for Hood No. 2 right now?

Dave Right

CONFIDENTIAL

EXHIBIT

H

 

**Eugene**    When you switch collectors like this, could you make me familiar with actually how you do that. What do you wind up doing to the Collector?

**Dave** We treated it just like we were done making six runs and we were going to put a new cylinder in for collecting. Purged it out, unhooked it, put the other one in, pulled vacuum on it like standard operating procedure.

**Eugene**    OK, so that's a process that would take what, five minutes?

**Dave** Yes, five minutes, maybe. And then it was probably hooked up ten, wouldn't collect, so we switched it back out, put the original one back in. And then, I think, then we took the line apart at the trap and blew Helium through it to see if we could find a restriction in the line, see what was coming out the probe or at the pigtail. Eric did it and said it was coming out the pigtail, he was getting flow thru it, he was getting the Helium thru it, and I said well, maybe it's not a restriction in the line. This as 7:30 or so. And then Jeff Crisman, who was operating Hood 1, happened to notice that probe was lying on the bottom of the sink there _____ at the bottoms wasn't connected. So Eric went in there and, or actually I went in there first, and hooked the probe up back on it, the best I could and tightened it down. And then it still wouldn't collect. So we're thinking why isn't this thing collecting? I don't remember if it was Eric or Jeff, somebody said did you check the Nupro, cause there's a Nupro just to the right of the probe. And we said no, we didn't check that, and Eric went back in there and checked it and said it was closed off. And so that's when we started to say, OK, the Nupro is closed off, it probably wasn't sending Arsine to the Collector and even after we opened the Nupro, and had the probe installed we were having problems collecting. There was still a leak somewhere. And eventually figured it was where that probe hooked up, we had to put a couple of gaskets in there and really tighten it down. We Snooped everything, pressured the whole system up and Snooped any place we could find where we thought it might still be leaking and it was bubbling around that probe. So we got a couple of gaskets and clamped it down real well.

**Question:**    Were there two gaskets in there?

**Dave** I don't know if there's two, we tried one, I not exactly sure.

**Question:**    Couple _____

**Dave** Right, those little metal. So after he got that sealed back up, then it started to run. And we thought everything was OK. So shift change. And next morning came back in and say it should be logged in there about one time. I switched that... The last run on it was made at 7:16 AM, so I switched that cylinder out again probably 7:20, plus the time to purge, whatever we needed to do and pulled the cylinder out of the dewar. I weighed it with our crane there, our hanging scale, took that weight because we know about what our lifting cage weighs, tare weight, and all that, it was fine. I took it out and weighed it on both scales in the cut and fill room. I weighed it on one, they'd been shut down, had the scales apart, so I was just making sure the scale wasn't reading wrong or whatever. So I weighed it on both scales and it weighed 58.9.

**Question:**    On both scales?

**Dave** On both scales.

**Question:**    This was in the fill room?

**Dave** Unhuh. I weighed it on one and rolled it over and weighed it on the other.

**Eugene**    Is there any reason, I mean, as a norm would you normally weigh it on one scale?

**Dave** NO, it was just, we'd been shut down and they had the _____ off the scales and everything and I was just making sure I was going to get the same weight off one as I would on the other. So I took it out and rolled it out to the dock.

**CONFIDENTIAL**

 

Question:    At about what time?

Dave According to that it would have been about, maybe, 7:40 AM.

Question:    Just shortly after you pulled it out, you weighed it and then just rolled it out.

Dave Right

Question:    You put the new one in at 8:08 AM.

Dave Right

Question:    So between then 7:15 and...

Dave And 8:08. And actually at the time I was doing that I switched the cylinder out from the other two, if you get the other log they both stopped at about the same time. So I rolled both of them out there, I thought everything was fine and then went back to Manufacturing. Everything was running smooth and then about 12:30 Will asked me to go up on the roof with him for some stack analyses and that's when we were up there doing that when the explosion happened. We saw the gas, evacuated. And it wasn't until we were at the hospital that night, we were outside and we were talking, me and Eric and Will, what in the world could have gone wrong? We were pretty sure it wasn't an overfilled cylinder. We weigh them and take all the precautions we can with the _____ so there is no overfill and it's set up anyway to make, you only have six bags of Zinc Arsenide in there and you have to do all that to keep that from ever happening. And we were having problems but it started back up, it was that cylinder, there was only 58 pounds in it and we went into the probe was off and the Nupro was closed. And that's when Will said well, maybe, he'd heard, somebody told him Oxygen could condense in a liquid Nitrogen bath. At that time, we started putting two and two together and saying well maybe _____ pull an atmosphere in that cylinder that whole time we were trying to get it back up and running that probe being out, maybe there was a reaction going on. Cause the way Eric described the cylinder, it didn't fail like it failled with the Selenide, it didn't split. It blew the valve off. So that's what we were saying, when we go back, we're going to look and see if it was that cylinder that was in that hood. So when we got released yesterday, as soon as we got here about 9 o'clock me and Eric went looking at the ___ there and figured out that was the cylinder that exploded. That's why I mentioned it to you today, I wasn't sure if anybody...

Eugene    OK, let me ask you a question. I guess between the time you pulled it out around 7:30 until, I guess, Will said 1:30 was it?

Dave I'd say it was more straight up and down one o'clock because the last reading me and Will took up on top was like at 12:48 and it just happened minutes after that. And when I was out here at the front gate and evacuated it was 1:12. So I'd say it was pretty much straight up and down one o'clock.

Eugene    OK, so you guess... Two questions then, in your experience, after having the cylinder out of liquid Nitrogen for five and a half hours. What temperature do you think it still at, is there still moisture on the cylinder?

Dave I would say normally, yes, here would still be moisture on it and it would still be a little cool.

Eugene    A little cool...

Dave A little cool to the touch. But then it was 102 degrees outside so it might have warmed up a lot faster than on and off what we've seen up to this point.

Eugene    We're just trying to get a handle on how things warm up. And then the second one is, since you were on the roof, what were your first indications that something had happened?

CONFIDENTIAL

**A**  | 72009 | FDID * | OK | State * | Incident Date * | DD 11 | YYYY 2001 | 31 Station | 01-0█████484 Incident Number * | 000 Exposure * | ☐ Delete ☐ Change ☐ No Activity | NFIRS Bas

**B  Location***

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for wildland fires.    Census Tract |___|—|

- [X] Street address
- [ ] Intersection
- [ ] In front of
- [ ] Rear of
- [ ] Adjacent to
- [ ] Directions

| 1110 | W | KEYSTONE | | AV |
Number/Milepost  Prefix  Street or Highway    Street Type  Suffi

Apt./Suite/Room  | Catoosa, | OK | 74015 |—|
City    State  Zip Code

Cross street or directions, as applicable

**C  Incident Type ***

| 420 | Toxic condition, Other
Incident Type

**D  Aid Given or Received***

1 ☐ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☒ None

Their FDID  Their State

Their Incident Number

**E1  Date & Times**    Midnight is 0000

Check boxes if dates are the same as Alarm Date.

| | Month | Day | Year | Hr Min Sec |
ALARM always required
Alarm * | 07 | 11 | 2001 | 13:11:14

ARRIVAL required, unless canceled or did not arrive
☒ Arrival * | 07 | 11 | 2001 | 13:24:06

CONTROLLED Optional, Except for wildland fires
☐ Controlled | | | |

LAST UNIT CLEARED, required except for wildland fires
☒ Last Unit Cleared | 07 | 11 | 2001 | 21:15:17

**E2 Shift & Ala**    Local Option
| B | | 2 |
Shift or Platoon  Alarms  Dist.

**E3  Special Stud**    Local Option
Special Study IDs  Special Study Ve

**F  Actions Taken ***

| 45 | Remove hazard
Primary Action Taken (1)

| | |
Additional Action Taken (2)

| | |
Additional Action Taken (3)

**G1  Resources ***

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| Apparatus | Personnel |
Suppression | 0001 | |
EMS | | |
Other | 0012 | |

☐ Check box if resource counts include aid received resources.

**G2 Estimated Dollar Losses & Val**

LOSSES: Required for all fires if known. Optio for non fires.
Property $ | | , | 000 |, | 000 |
Contents $ | | , | 000 |, | 000 |

PRE-INCIDENT VALUE: Optional
Property $ | | , | 000 |, | 000 |
Contents $ | | , | 000 |, | 000 |

**Completed Modules**
- [ ] Fire-2
- [ ] Structure-3
- [ ] Civil Fire Cas.-4
- [ ] Fire Serv. Cas.-5
- [ ] EMS-6
- [X] HazMat-7
- [ ] Wildland Fire-8
- [X] Apparatus-9
- [ ] Personnel-10
- [ ] Arson-11

**H1* Casualties** ☐ None

| | Deaths | Injuries |
Fire Service | | |
Civilian | | |

**H2  Detector**  Required for Confined Fires.
1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3  Hazardous Materials Release**

N ☐ None
1 ☐ Natural Gas: slow leak, no evusation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☒ Other: special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I  Mixed Use Proper**
- NN ☐ Not Mixed
- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Bus. & Residenti
- 59 ☐ Office use
- 60 ☐ Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

**J  Property Use***  Structures

- 131 ☐ Church, place of worship
- 161 ☐ Restaurant or cafeteria
- 162 ☐ Bar/Tavern or nightclub
- 213 ☐ Elementary school or kindergarten
- 215 ☐ High school or junior high
- 241 ☐ College, adult education
- 311 ☐ Care facility for the aged
- 331 ☐ Hospital

- 341 ☐ Clinic,clinic type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☐ Prison or jail, not juvenile
- 419 ☐ 1-or 2-family dwelling
- 429 ☐ Multi-family dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales

- 539 ☐ Household goods,sales,repairs
- 579 ☐ Motor vehicle/boat sales/repai
- 571 ☐ Gas or service station
- 599 ☐ Business office
- 615 ☐ Electric generating plant
- 629 ☐ Laboratory/science lab
- 700 ☒ Manufacturing plant
- 819 ☐ Livestock/poultry storage(barn)
- 882 ☐ Non-residential parking garage
- 891 ☐ Warehouse

**Outside**
- 124 ☐ Playground or park
- 655 ☐ Crops or orchard
- 669 ☐ Forest (timberland)
- 807 ☐ Outdoor storage area
- 919 ☐ Dump or sanitary landfill
- 931 ☐ Open land or field

- 936 ☐ Vacant lot
- 938 ☐ Graded/care for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right of way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway

- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Proper

| Manuf

**EXHIBIT**

I

11/5

**K1   Person/Entity Invo**
Local Option

Business name (if applicable)

Area Code    Phone Number

☐ Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.   First Name          MI    Last Name          Suffi

Number        Prefix  Street or Highway          Street Type   Suffi

Post Office Box          Apt./Suite/Room   City

State   Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

---

**K2 Owner**  ☐ Same as person involved? Then check this box and skip The rest of this section.
Local Option

Business name (if Applicable)

Area Code   Phone Number

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.   First Name          MI    Last Name          Suffi

Number        Prefix   Street or Highway          Street Type   Suffi

Post Office Box          Apt./Suite/Room   City

State   Zip Code

---

**L   Remarks**
Local Option

29 LITER PRESSURE VESSEL LEAKING ARSINE , ESTABLISHED CONTROL ZONES, 'HAZ-MAT MADE ENTRY, CONTROLED THE LEAK

---

**L  Authorization**

| 077821 | Lemons, Pat W. | 7 | | 07 | 11 | 200 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

☐ Check Box if same as Officer in charge.

| 068402 | Etter, Frank A. | 11 | | 07 | 11 | 200 |
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

**A**

| 72009 | OK | M 11 | DD | YYYY 2001 | 31 | 01-00 4 | 000 | 1 | ☐ Delete ☐ Change | NFIRS HazMa |

FDID ★  State ★  Incident Date ★  Station  Incident Number ★  Exposure ★  Haz No ★

**B** HazMat ID

| 2188 | 23 | 7784-42-1 |

UN Number   DOT Hazard Classification   CAS Registration Number

Chemical Name ★ Arsine

**C₁ Container Type**

| 12 |

Container Type

More hazardous Materials? Use additional sheets.

**C₂ Estimated Container Capacity**

| | , | | , | 150 |

Capacity: by volume or weight

**C₃ Units: Capacity** Check one box

VOLUME
11 ☐ Ounces
12 ☐ Gallons
13 ☐ Barrels: 42 gal.
14 ☐ Liters
15 ☐ Cubic feet
16 ☐ Cubic meters

WEIGHT
21 ☐ Ounces
22 ☒ Pounds
23 ☐ Grams
24 ☐ Kilograms

**D₁ Estimated Amount Released**

| | , | | , | 150 |

Amount released: by volume or weight

**D₂ Units: Released** Check one box

VOLUME
11 ☐ Ounces
12 ☐ Gallons
13 ☐ Barrels: 42 gal.
14 ☐ Liters
15 ☐ Cubic feet
16 ☐ Cubic meters

WEIGHT
21 ☐ Ounces
22 ☒ Pounds
23 ☐ Grams
24 ☐ Kilograms

**E₁ Physical Sta When Release**

1 ☐ Solid
2 ☐ Liquid
3 ☐ Gas
U ☐ Undetermine

**E₂ Released In**

| |

Released into

Complete the remainder of this form only for the first hazardous material involved in this incident.

**F₁ Released From:**

Check all applicable boxes

☐ Below grade

1 ☐ Inside/on structure

| | Story of Release

2 ☒ Outside of structure

**F₂ Population Density**

1 ☐ Urban
2 ☐ Suburban
3 ☐ Rural

**G₁ Area Affected**

1 ☐ Square Feet
2 ☐ Blocks
3 ☐ Square miles

| | , | |

Enter Measurement

**G₂ Area Evacuated** ☐ None

1 ☐ Square Feet | | , | |
2 ☐ Blocks    Enter Measurement
3 ☐ Square miles

**G₃ Estimated Number of People Evacuated**

| | , | |

**G₄ Estimated Number of Buildings Evacuated**

| | , | |  ☐ None

**H HazMat Actions Taken**

Enter up to three actions taken

| | |

Primary Action Taken (1)

| | |

Additional Action Taken (2)

| | |

Additional Action Taken (3)

**I** If fire or explosion is involved with a release, which occurred first?

1 ☐ Ignition    U ☐ Undetermined
2 ☐ Release

**J Cause Of Release ★**

1 ☐ Intentional
2 ☒ Unintentional release
3 ☐ Container/ containment failure
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☐ Cause undetermined after investigation

**K Factors Contributing to Release**

Enter up to three contributing factors

| 50 | Mechanical failure, |

Factor Contributing To Release (1)

| | |

Factor Contributing To Release (2)

| | |

Factor Contributing To Release (3)

**K Factors Affecting Mitigation**

Enter up to three factors or impediments that affected the mitigation of the incident

| | |

Factor or impediment (1)

| | |

Factor or impediment (2)

| | |

Factor or impediment (3)

**M Equipment Involved In Release**

☐ None

| | |

Equipment involved in release

Brand | |
Model | |
Serial Number | |
Year | |

**N Mobile Property Involved In Release** ☐ None

| | |

Mobile property type

| | |

Mobile property make

| | |

Mobile property model    Year

| | |

License Plate Number    State

| |

DOT Number/ ICC Number

**O HazMat Disposition ★**

1 ☐ Completed by fire service only
2 ☐ Completed w/ fire service present
3 ☐ Released to local agency
4 ☐ Released to county agency
5 ☐ Released to state agency
6 ☐ Released to federal agency
7 ☒ Released to a private agency
8 ☐ Released to property owner or manager

**O HazMat Civilian Casualties**

Deaths    Injuries

| |    | |

NFIRS-7 Revision 5/6/99

**A** | 72009 | OK | MM DD YYYY Incident Date 7 11 2001 | 31 Station | 01-00_4 Incident Number | 000 Exposure | ☐ Delete ☐ Change | NFIRS - 9 Apparatus Resources

FDID ★   State ★   Incident Date ★   Station   Incident Number ★   Exposure ★

**B** Apparatus or ★ Resource | Date and Times — Check if same as alarm date — Month Day Year | Hour Min | Sent ☒ | Number of ★ People | Use — Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken

| # | ID / Type | | Month | Day | Year | Hour Min | Sent | People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ID C512 Type 00 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 14:30 14:55 17:32 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 2 | ID C513 Type 92 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 16:06 16:08 17:19 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 3 | ID C521 Type 92 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 15:00 15:01 16:34 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 4 | ID C531 Type 92 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 14:10 14:24 18:25 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 5 | ID C642 Type 92 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 14:15 14:26 17:26 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 6 | ID C833 Type 60 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 15:44 15:46 21:15 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 7 | ID C899 Type 00 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 16:36 16:37 16:37 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 8 | ID CE1 Type 11 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 15:47 15:47 16:28 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |
| 9 | ID E22 Type 11 | Dispatch ☐ Arrival ☐ Clear ☐ | 7 7 7 | 11 11 11 | 2001 2001 2001 | 16:14 16:36 17:05 | ☒ | 0 | ☐Suppression ☐EMS ☒Other | ⊔ ⊔ ⊔ ⊔ |

| 72009 | OK | DD 11 | YYYY 2001 | 31 | 01-0█84 | 000 | Complete Narrative |
| FDID * | State * | Incident Date * | | Station | Incident Number * | Exposure * | |

Narrative:

29 LITER PRESSURE VESSEL LEAKING ARSINE , ESTABLISHED CONTROL ZONES, HAZ-MAT MADE ENTRY, CONTROLED THE LEAK

**A**

| 72009 | OK | DD 11 | YYYY 2001 | 31 | 01- 484 | 000 | ☐ Delete ☐ Change |
|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | | Station | Incident Number ★ | Exposure ★ | |

NFI...
Appara
Reso

**B**

| Apparatus or ★ Resource | Date and Times — Check if same as alarm date — Month Day Year Hour Min | Sent ☒ | Number of ★ People | Use — Check ONE box for each apparatus to indicate its main use at the incident. | Actions T |
|---|---|---|---|---|---|
| **1** ID E30 — Type 11 | Dispatch ☐ 7 11 2001 16:14 — Arrival ☐ 7 11 2001 16:20 — Clear ☐ 7 11 2001 16:52 | ☒ | 0 | ☐ Suppression ☐ EMS ☒ Other | ⊔ |
| **2** ID E31 — Type 11 | Dispatch ☐ 7 11 2001 13:13 — Arrival ☐ 7 11 2001 13:24 — Clear ☐ 7 11 2001 16:54 | ☒ | 0 | ☒ Suppression ☐ EMS ☐ Other | ⊔ |
| **3** ID H1 — Type 60 | Dispatch ☐ 7 11 2001 13:37 — Arrival ☐ 7 11 2001 13:42 — Clear ☐ 7 11 2001 17:04 | ☒ | 0 | ☐ Suppression ☐ EMS ☒ Other | ⊔ |
| **4** ID L31 — Type 12 | Dispatch ☐ 7 11 2001 13:53 — Arrival ☐ 7 11 2001 14:07 — Clear ☐ 7 11 2001 16:56 | ☒ | 0 | ☐ Suppression ☐ EMS ☒ Other | ⊔ |
| **5** ID — Type | Dispatch ☐ — Arrival ☐ — Clear ☐ | ☐ | | ☐ Suppression ☐ EMS ☐ Other | ⊔ |
| **6** ID — Type | Dispatch ☐ — Arrival ☐ — Clear ☐ | ☐ | | ☐ Suppression ☐ EMS ☐ Other | ⊔ |
| **7** ID — Type | Dispatch ☐ — Arrival ☐ — Clear ☐ | ☐ | | ☐ Suppression ☐ EMS ☐ Other | ⊔ |
| **8** ID — Type | Dispatch ☐ — Arrival ☐ — Clear ☐ | ☐ | | ☐ Suppression ☐ EMS ☐ Other | ⊔ |
| **9** ID — Type | Dispatch ☐ — Arrival ☐ — Clear ☐ | ☐ | | ☐ Suppression ☐ EMS ☐ Other | ⊔ |

**Type of Apparatus or Resources**

**Ground Fire Suppression**
11 Engine
12 Truck or aerial
13 Quint
14 Tanker & pumper combination
16 Brush truck
17 ARF (Aircraft Rescue and Firefighting)
10 Ground fire suppression, other

**Heavy Ground Equipment**
21 Dozer or plow
22 Tractor
24 Tanker or tender
20 Heavy equipment, other

**Aircraft**
41 Aircraft: fixed wing tanker
42 Helitanker
43 Helicopter
40 Aircraft, other

**Marine Equipment**
51 Fire boat with pump
52 Boat, no pump
50 Marine apparatus, other

**Support Equipment**
61 Breathing apparatus support
62 Light and air unit
60 Support apparatus, other

**Medical & Rescue**
71 Rescue unit
72 Urban Search & rescue unit
73 High angle rescue unit
75 BLS unit
76 ALS unit
70 Medical and rescue unit, other

**Other**
91 Mobile command post
92 Chief officer car
93 HazMat unit
94 Type 1 hand crew
95 Type 2 hand crew
99 Privately owned vehicle
00 Other apparatus/resource

NN None
UU Undetermined

**More Apparatus? Use Additional Sheets**

NFIRS-9 Revision 11/17