UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUG INGRAM, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>SOLKATRONIC CHEMICAL, INC. and JEFF R. HANNIS, and AIR PRODUCTS AND CHEMICALS, INC., a Delaware corporation, et al.<br><br>            Defendants. | Case No.  O4CV287EA(C) |

### DEFENDANT SOLKATRONIC CHEMICAL, INC.'S
### PRIMER ON THE SCIENCE AND MEDICINE OF ARSINE POISONING
### EXHIBIT NOS. 1 THROUGH 2

Defendant Solkatronic Chemical, Inc. ("Solkatronic"), pursuant to this Court's Order, hereby submits Exhibit Nos. 1 through 2 as attachments to their Primer on the Science and Medicine of Arsine Poisoning.

            Respectfully submitted,

            **RHODES, HIERONYMUS, JONES, TUCKER**
              **& GABLE, P.L.L.C.**


            BY:   /s/ John H. Tucker_____
                 JOHN H. TUCKER, OBA #9110
                 ANDREW D. DOWNING, OBA #16414
                 KERRY R. LEWIS, OBA #16519
                 100 W. Fifth Street, Suite 400 (74103-4287)
                 P.O. Box 21100
                 Tulsa, Oklahoma 74121-1100
                 Telephone:    918/582-1173
                 Facsimile:     918/592-3390

                 ATTORNEY FOR DEFENDANTS.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of October, 2005, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**COUNSEL FOR PLAINTIFFS:**
Keith A. Ward
Fred E. Stoops
E. Diane Hinkle
RICHARDSON, STOOPS, RICHARDSON & WARD
6555 South Lewis, Suite 200
Tulsa, OK 74136-3414

/s/  Kerry Lewis